| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anita Khachikyan, SBN 271204<br>Khach Law Group, PC<br>126 S Jackson St. Suite 203<br>Glendale, CA 91205<br>Tel. 818-243-8500<br>Fax. 866-577-6740<br>ak@khachlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor, Hovhannes Nazaryan | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>Hovhannes Nazaryan<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:25-bk-10617 MB<br>CHAPTER: 7<br><br>**NOTICE OF MOTION FOR:**<br><br>Debtor's Motion to Compel Abandonment of Estate Property<br><br><br><br>**(*Specify name of Motion*)**<br><br>DATE: 05/13/2025<br>TIME:  11:00 am<br>COURTROOM: 303<br>PLACE: 21041 Burbank Blvd<br>          Woodland Hills, CA 91367 |

1.  TO (*specify name*):  Honorable Judge Barash, US Trustee, Trustee Nancy Zamora, and all parties entitled to notice

2.  NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.  **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5.  **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date:  04/22/2025

Khach Law Group, PC
Printed name of law firm


Signature


Anita Khachikyan
Printed name of attorney

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

   126 S Jackson St. Suite 203, Glendale, CA 91205

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
  Debtor's Motion to Compel Abandonment of Estate Property
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
 04/22/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Nancy J Zamora (TR)
zamora3@aol.com, nzamora@ecf.axosfs.com                    ☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  04/22/2025 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Judge Martin R. Barash
United States Bankruptcy Court
21041 Burbank Blvd, Suite 342
Woodland Hills, CA 91367

                                                                      ☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

                                                                      ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 04/22/2025 | Anita Khachikyan | |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 3                              **F 9013-1.1.HEARING.NOTICE**

Anita Khachikyan, 271204
KHACH LAW GROUP, PC
126 S. Jackson St., Suite 203
Glendale, CA 91205
Tel. 818.243.8500
Fax. 866.577.6740
ak@khachlaw.com

Attorney for Debtor(s):
Hovhannes Nazaryan

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO DIVISION

| | |
|---|---|
| In re:<br><br>Hovhannes Nazaryan<br><br>        Debtor(s). | Case No.: 1:25-bk-10617 MB<br><br>**DEBTOR'S MOTION TO COMPEL ABANDONMENT OF ESTATE PROPERTY** |

## <u>DEBTOR'S MOTION TO COMPEL ABANDONMENT OF ESTATE PROPERTY</u>

COMES NOW the Debtor, Hovhannes Nazaryan, by and through his counsel, Anita Khachikyan, and Khach Law Group, PC, and respectfully moves this Honorable Court for entry of an Order compelling Chapter 7 Trustee, Nancy Zamora, to abandon property of the estate, pursuant to 11 U.S.C. §554(b).  In support thereof, Debtor states the following:

1. The Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on April 14, 2025.

2. The case is currently pending before this Court, and Trustee Nancy Zamora is the duly appointment Chapter 7 Trustee.

3. The property that is the subject of this motion is described as real estate located at 24366 La Masina Court, Calabasas, CA 91302 (the "property").

4. The property is of inconsequential value and benefit to the estate. Specifically:

    a.  The property is fully encumbered by liens and

1

      b.  The costs of administration would exceed any possible benefit to the estate.

5.  At the time of filing, Debtor was not current on the Calabasas property.  Debtor intended to seek relief through short sale.

6.  There appears to be no equity in the property.  Based on the property Preliminary Title Report, there are 6 secured liens on the property.

7.  The property is subject to a lien held by lienholder, Amwest Funding Corp, in the approximate amount to of $3,000,000 (not including any interest or penalties that may have been added on);

8.  The property is subject to a lien held by Mehran Javaherian for the amount of $1,200,000 (not including any interest or penalties that may have been added on);

9.  The property is subject to a lien held by Robert I. Lester and United States for the amount of $1,289,264.94;

10.  The property is subject to a lien held by Robert I. Lester and United States for the amount of $1,289,264.94;

11.  The property is subject to a lien held by Los Angeles Police Federal Credit Union for the amount of $123,685.75;

12.  The property is subject to a lien held by property taxes for the amount of $100,532.43;

13.  There is about $7,002,748.06 in secured liens on the property which exceeds the current market value of the property.  As a result, the estate holds no equity in the property.

14.  The fair market value of the property, based on online comparatives, recent estimates, is valued at approximately $4,500,000 to $4,700,000. This amount is minimal in relation to the overall size of the estate and does not present a meaningful opportunity for distribution to unsecured creditors.

15.  Any potential liquidation or sale of the property would require administrative effort and expenses (including hiring of special counsel, hiring of any other professionals, marketing, potential repairs, auction fees, and cost of sale), which would surpass any negligible proceeds available to the estate after satisfaction of liens.

16. The property does not provide a basis for significant creditor recovery, and its retention would serve only to delay administration of the estate and impose unnecessary costs.

17. Due to the above, the property is of inconsequential value and benefit to the estate.

WHEREFORE, for the foregoing reasons, Debtor respectfully requests that the Court enter an order compelling the Chapter 7 Trustee, Nancy Zamora, to abandon any interest in the property.

Dated: April 22, 2025

_____
Anita Khachikyan
Attorney for Debtor, Hovhannes Nazaryan
Khach Law Group, PC

3