RAYMOND H. AVER - SBN 109577
LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation
1849 West Olympic Boulevard, Suite 204
Los Angeles, California 90064
Telephone: (310) 571-3511
email: ray@averlaw.com

Bankruptcy Counsel for
MEHRAN JAVAHERIAN
Secured Creditor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA [SAN FERNANDO VALLEY DIVISION]

| | |
|---|---|
| **In re:**<br><br>**HOVANNES NAZARYAN,**<br><br>**Debtor.** | Case No. 1:25-bk-10617-MB<br><br>Chapter 7<br><br>**STATEMENT OF POSITION OF SECURED CREDITOR REGARDING DEBTOR'S MOTION TO COMPEL ABANDONMENT OF REAL PROPERTY; DECLARATION OF MEHRAN JAVAHERIAN AND EXHIBIT(S) THERETO**<br><br>Date: May 13, 2025<br>Time: 11:00 a.m.<br>Place: Courtroom 303<br>United States Bankruptcy Court<br>21041 Burbank Boulevard<br>Woodland Hills, California 91367 |

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE:**

Mehran Javaherian ("Javaherian"), a secured creditor of Hovannes Nazaryan ("Debtor") and Debtor's estate, submits this "Statement Of Position Of Secured Creditor Regarding Debtor's Motion To Compel Abandonment Of Real Property" ("Abandonment Motion").

Javaherian is the payee under a Promissory Note made by Debtor and his brother, Arthur Nazaryan, in the principal amount of $1.2 million. Payment of the Promissory Note is secured by a junior deed

of trust lien against the single family residential real property located at 24366 La Masina Court, Calabasas, California 91302 ("La Masina Court Residence"), recorded on July 13, 2023, as Instrument No. 20230460230.

As of April 30, 2025, Javaherian is owed $1,701,845.60, comprised of: principal - $1.2 million; interest - $384,000; late charges - $39,600; and costs including attorney fees and foreclosure costs - $18,245.60.

The La Masina Court Residence is encumbered by the following liens and encumbrances, in addition to the Javaherian junior deed of trust lien, and some delinquent homeowner association fees, in the following approximate amounts:

$141,732 - Los Angeles County Tax Collector;

$201,271 - Hero loan;

$125,000 - judgment lien in favor of Los Angeles Police Credit Union;

$3,000,000 - senior deed of trust lien in favor of AMWEST Funding Corp.;

$1,289,364.94 - United States of America (against Debtor's property); and

$1,289,364.94 - United States of America (against Artur Nazaryan's property).

On April 14, 2025, Nazaryan caused to be filed a voluntary petition for relief under chapter 7 of Title 11 of the United State Code, as the La Masina Court Residence was scheduled to be sold at non judicial foreclosure sale under the Javaherian junior deed of trust lien on April 16, 2025.

Javaherian has been in communication with Nancy Hoffmeier

Zamora, the interim chapter 7 trustee of Debtor's estate, regarding a consensual disposition of the La Masina Court Residence. However, no agreement has been reached, and Javaherian has not consented to a Section 506(c) surcharge in favor of the interim trustee or any other third party from the La Masina Court Residence. During the latter part of this week, Javaherian retained Law Offices of Raymond H. Aver, APC ("Aver Firm") to represent him in connection with the Nazaryan bankruptcy case.

Javaharian is concerned about the status of the general liability and building insurance for the La Masina Court Property (although the trustee has mentioned that insurance is in effect); that interest continues to accrue on the delinquent postpetition real property taxes and homeowner association dues are not being paid; that interest continues to accrue on the Los Angeles Police Credit Union judgment lien and is not being paid and that interest continues to accrue and late charges and collection costs continue to be incurred and are not being paid on the AMWEST Funding Corp senior deed of trust lien and on the Javaherian junior deed of trust lien. It is therefore Javaherian's position that his lien is not adequately protected and that the status quo should not be allowed to continue.

Dated: May 11, 2025

LAW OFFICES OF RAYMOND H. AVER
A Professional Corporation

By: /s/ raymond h aver
RAYMOND H. AVER
Bankruptcy Counsel for
MEHRAN JAVAHERIAN
Secured Creditor

**DECLARATION OF MEHRAN JAVAHERIAN**

I, MEHRAN JAVAHERIAN, declare:

1. I am an over the age of 18 years and a resident of Los Angeles, California.

2. I am the payee under a Promissory Note made by Hovannes Nazaryan ("Debtor") and his brother, Arthur Nazaryan, in the principal amount of $1.2 million. Payment of the Promissory Note is secured by a junior deed of trust lien against the single family residential real property located at 24366 La Masina Court, Calabasas, California 91302 ("La Masina Court Residence"), recorded on July 13, 2023, as Instrument No. 20230460230.

3. As of April 30, 2025, I am owed $1,701,845.60, comprised of: principal - $1.2 million; interest - $384,000; late charges - $39,600; and costs including attorney fees and foreclosure costs - $18,245.60.

4. The La Masina Court Residence is encumbered by the following liens and encumbrances, in addition to the Javaherian junior deed of trust lien, and some delinquent homeowner association fees, in the following approximate amounts:

$141,732 - Los Angeles County Tax Collector;

$201,271 - Hero loan;

$125,000 - judgment lien in favor of Los Angeles Police Credit Union;

$3,000,000 - senior deed of trust lien in favor of AMWEST Funding Corp.;

$1,289,364.94 - United States of America (against Debtor's property); and

$1,289,364.94 - United States of America (against Artur Nazaryan's property).

A true and correct copy of the Preliminary Report issued by Priority Title, dated February 10, 2025, is attached as **Exhibit A** hereto.

5. On April 14, 2025, Nazaryan caused to be filed a voluntary bankruptcy petition, as the La Masina Court Residence was scheduled to be sold at non judicial foreclosure sale under my junior deed of trust lien on April 16, 2025.

6. I, through my prior legal counsel, have been in communication with Nancy Hoffmeier Zamora ("Interim Trustee"), regarding a potential consensual disposition of the La Masina Court Residence. However, no agreement has been reached, and I have have not consented to any surcharge from the La Masina Court Residence in favor of the Interim Trustee or any other individual or entity. This week, I retained Law Offices of Raymond H. Aver, APC ("Aver Firm") to represent me in connection with the Nazaryan bankruptcy case.

7. I am concerned about the status of the general liability and building insurance for the La Masina Court Property (although it is my understanding that the Interim Trustee has mentioned that insurance is in effect); that interest continues to accrue on the delinquent postpetition real property taxes and homeowner association dues are not being paid; that interest continues to accrue on the Los Angeles Police Credit Union judgment lien and is not being paid and that interest continues to accrue and late charges and collection costs continue to be incurred and are not being paid on the AMWEST Funding Corp senior deed of trust lien and on the Javaherian junior deed of trust lien. It is therefore my

position that my lien is not adequately protected and that the status quo should not be allowed to continue.

8. I have personal knowledge of the facts stated herein, except where stated on information and belief, and where so stated, I am informed and believe that such facts are true and correct. If called and sworn as a witness, I could and would competently testify to the above.

Executed this 11th day of May 2025, at Los Angeles, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

MEHRAN JAVAHERIAN

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 11849 West Olympic Boulevard, Suite 204, Los Angeles, California 90064.

The foregoing document described **"STATEMENT OF POSITION OF SECURED CREDITOR REGARDING DEBTOR'S MOTION TO COMPEL ABANDONMENT OF REAL PROPERTY; DECLARATION OF MEHRAN JAVAHERIAN AND EXHIBIT(S) THERETO"**; will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 11, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

_X_ Service information continued on attached page.

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __________________, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

___ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 11, 2025**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Martin R. Barash
Bin outside Clerk's office - 1st Floor
Judge's Copy temporarily suspended by General Order No. 20-02

___ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 11, 2025 | Raymond H. Aver | /s/ raymond h aver |
|---|---|---|
| Date | Name | Signature |

**SERVICE LIST**

**VIA NEF**

- Raymond H. Aver ray@averlaw.com, averlawfirm@gmail.com
- Nancy J Zamora (TR) zamora3@aol.com, nzamora@ecf.axosfs.com
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
- Sanaz Sarah Bereliani berelianilaw@gmail.com, chris@berelianilaw.com; r48595@notify.bestcase.com
- Anita Khachikyan ak@khachlaw.com
- Bruce P. Needleman attybpn@aol.com