| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anita Khachikyan, SBN 271204<br>Khach Law Group, PC<br>126 S Jackson St. Suite 203<br>Glendale, CA 91205<br>Tel. 818-243-8500<br>Fax. 866-577-6740<br>ak@khachlaw.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* Debtor, Hovhannes Nazaryan

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br><br>Hovhannes Nazaryan<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:25-bk-10617 MB<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION FOR:**<br>Debtor's Motion to Dismiss Chapter 7 Case<br><br><br><br>**(*Specify name of Motion*)** |
| | DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

1.  TO (*specify name*):  Honorable Judge Barash, US Trustee, Trustee Nancy Zamora, and all parties entitled to notice

2.  NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.  **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5.  **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: ___07/09/2025_____

Khach Law Group, PC
Printed name of law firm

Signature

Anita Khachikyan
Printed name of attorney

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
126 S Jackson St. Suite 203, Glendale, CA 91205


A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
 Debtor's Motion to Dismiss Chapter 7 Case _____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/09/2025 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/09/2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

 Brad S. Sures Law Office of Brad S. Sures, SLBiggs 10960 Wilshire Blvd., Ste. 1100 Los Angeles, CA 90024

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


| 07/09/2025 | Anita Khachikyan | /s/ Anita Khachikyan |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**PROOF OF SERVICE BY ELECTRONIC TRANSMISSION**

**[CCP 10101.6(A)(2)(A)(I), 1010.6(A)(2)(A)(II), CRC 2.251(C)(3), 2.251(B)]**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen (18) years, and not a party to the within action; my business address is 126 S Jackson St., Suite 203, Glendale, CA 91205.

That the necessity resulting from Executive Order N-33-20 (also referred to as the "Stay-at-Home Order') issued on March 19, 2020, by the Governor of the State of California in response to the Covid-19 virus which has presented a national emergency as declared by the President of the United States, we are exercising the use of electronic service.

On July 9, 2025, I caused the within **Notice of Motion for Debtor's Motion to Dismiss Chapter 7 Case** on the party or parties named on the attached mailing list to be served, by dispatching a true and correct copy thereof via electronic mail (e-mail) addressed as follows:

Raymond H. Aver on behalf of Creditor Mehran Javaherian
ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com

Sanaz Sarah Bereliani on behalf of Interested Party Courtesy NEF
berelianilaw@gmail.com, chris@berelianilaw.com;r48595@notify.bestcase.com

Michael G D'Alba on behalf of Defendant Andrei Vanecian
mgd@lnbyg.com

Shannon A Doyle on behalf of Interested Party Courtesy NEF
sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com

Elan S Levey on behalf of Creditor United States Of America
elan.levey@usdoj.gov, julie.morales@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Bruce P. Needleman on behalf of Creditor Los Angeles Police Federal Credit Union
attybpn@aol.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Nancy J Zamora (TR)
zamora3@aol.com, nzamora@ecf.axosfs.com

No electronic message or other notice that the transmission electronically sent was unsuccessfully dispatched, was received within a reasonable period after the transmission.

I declare under penalty of perjury under the laws of the State of California that the foregoing Proof of Service is true and correct, and that this declaration was executed on July 9, 2025, at Glendale, California.

 _/s/ Anita Khachikyan_
Anita Khachikyan

- 1 -

Anita Khachikyan, 271204
KHACH LAW GROUP, PC
126 S. Jackson St., Suite 203
Glendale, CA 91205
Tel. 818.243.8500
Fax. 866.577.6740
ak@khachlaw.com

Attorney for Debtor(s):
Hovhannes Nazaryan

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO DIVISION

In re:

HOVHANNES NAZARYAN

Debtor

Case No.: 1:25-bk-10617 MB

DEBTOR'S MOTION TO DISMISS
CHAPTER 7 CASE

### DEBTOR'S MOTION TO DIMISS CHAPTER 7 CASE
### 11 U.S.C. § 707 (a)

TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY

JUDGE, UNITED STATES TRUSTEE, TRUSTEE NANCY ZAMORA, AND OTHER

INTERESTED PARTIES:

COMES NOW Debtor Hovhannes Nazaryan, by and through his counsel, Anita

Khachikyan of Khach Law Group, PC, and respectfully moves this Honorable Court for entry

of an Order dismissing this Chapter 7 case pursuant to 11 U.S.C. §707(a).

### BACKGROUND

On April 14, 2025, Debtor filed this voluntary Chapter 7 bankruptcy with the assistance

of counsel via remote meetings as he was and still is incarcerated. Nancy Zamora is the duly

appointed Chapter 7 trustee in this case. Debtor filed this case to alleviate pressure from

DEBTOR'S MOTION TO DISMISS CHAPTER 7 CASE - 1

KHACH LAW GROUP, PC
126 S. JACKSON ST., SUITE 203
GLENDALE, CA 91205
TEL. 818.243.8500 · FAX. 866.577.6740

creditors while he is incarcerated and was facing a foreclosure. Due to his incarceration, Debtor has had extremely limited access to documents and significantly restricted communication with counsel.  This has impaired Debtor's ability to meaningfully participate in the administration of the estate.

The estate's principal asset is a residential property in which the Debtor's brother holds a 50% interest.  The brother is also incarcerated and unable to defend an adversary proceeding initiated by the Trustee seeking to obtain his interest.  He is scheduled for release at the end of July 2025, at which point he intends to take active steps to defend his rights in the property. He has also retained a real estate agent that has agreed to reduce commission fees, ensuring more proceeds are preserved for the benefit of the creditors.

Meanwhile, the Trustee's litigation against the brother, who lacks the resources or ability to defend himself, has increased administrative expenses and legal fees, consuming estate assets and diminishing potential distributions.

**UNDER 11 USC SECTION 707(a) A DEBTOR MAY MOVE TO DISMISS A CHAPTER 7 CASE FOR "CAUSE."**

A chapter 7 bankruptcy case may be dismissed "only for cause." 11 U.S.C. § 707(a). Section 707(a) lists examples of "cause", none of which apply here, which are: unreasonable delay prejudicial to creditors, nonpayment of filing fees, and not filing schedules—that is plainly incomplete. *Neary v. Padilla* (*In re Padilla*), 222 F.3d 1184, 1191 (9th Cir. 2000). "If there is no specific Bankruptcy Code provision that addresses the asserted 'cause,' the question becomes whether the totality of circumstances amount to § 707(a) 'cause.'" *Sherman v. SEC (In re Sherman)*, 491 F.3d 948, 970 (9th Cir. 2007*); Leach v. United States (In re Leach)*, 130 B.R. 855, 856 (9th Cir. BAP 1991). "The law in the Ninth Circuit is clear: a voluntary Chapter 7 debtor is entitled to dismissal of his [or her] case so long as such dismissal will cause no

MOTION FOR RELIEF FROM STAY - 2

'legal prejudice' to interested parties." *Leach* at 857. In other words, cause "may simply be that

dismissal is in the best interest of the debtor and not prejudicial to creditors." 6 Collier on

Bankruptcy, ¶ 707.03[3] (Alan N. Resnick & Henry J. Sommer eds., 16th ed.). Ultimately,

dismissal decision "for cause" rests within the sound discretion of the court. *In re Hickman*,

384 B.R. 832, 840 (B.A.P. 9th Cir. 2008)

<u>**DEBTOR'S CHAPTER 7 CASE SHOULD BE DISMISSED BECAUSE IT IS IN
THE BEST INTERESTS OF THIS DEBTOR AND HIS CREDITORS**</u>

"In determining whether causes exist, the test is whether dismissal is in the best interest

of the debtor and his creditors. As to a debtor, best interest lies generally in securing an

effective fresh start…As to creditors, the issue is one of prejudice, and if delay is said to have

prejudiced them…" *In re Watkins at page 909, quoting In re Klein,* 39 B.R. 530 (Bankr.

E.D.N.Y.1984).

"Determining whether cause exists to dismiss a case requires a balancing of the interest

of the debtor and the creditors. [See also, *In re Hichman* 384 B.R. 832, 841 (B.A.P. 9th Cir.

2008)]" *In re Watkins, at page 909.* "To determine whether to grant a debtor's motion to

dismiss, courts generally consider:

(1) Whether all of the creditors have consented;

(2) Whether the debtor is acting in good faith;

(3) Whether an alternative exists to resolve debts outside bankruptcy.

See *In re Leach,* 130 B.R. 855, 857 (B.A.P. 9th Cir. 1991); *In re Bartee,* supra.

In this case, there is no prejudice to creditors.  Debtor believes he has or soon will reach

an agreement with key creditors to repay his debts through private settlement. Such an

agreement would put these creditors in a much better position than they would be if this

MOTION FOR RELIEF FROM STAY - 3

bankruptcy were to continue to its conclusion. In fact, dismissal allows for greater recovery.

The trustee has an agreement with one creditor, Los Angeles Police Federal Credit Union

(LAPFCU) that provides for the estate to receive a "carve-out" in the amount of $78,382.31

from the total payoff balance of debt secured by the lien of LAPFCU upon close of the sale

escrow of the real property.  The trustee intends to set aside $40,000 of this carve-out for

distribution to unsecured creditors. Debtor has about $67,755.48 in priority unsecured debt,

and $394,000 in unsecured debt.  These creditors would be better off by continuing their debt

with the debtor and having debtor paying them off in time or getting a judgment and going

after whatever assets debtor may have at that time. These creditors are not necessarily in a

better position with active bankruptcy and dismissal will result in no prejudice to the creditors'

claims.

Where dismissal would allow creditors to recover more outside of bankruptcy, courts

regularly grant dismissal. See *In re Hopper,* 404 B.R. 302 (Bankr. N.D.Ill. 2009) (granting

dismissal because trustee's sale would net less for creditors than debtor's private arrangement).

Here, when the brother comes out and tries to exercise his 50% right in the property and sell

the property with the reduced commission agreement and his full participation post-release

would generate a more favorable recovery than the current path.

### DISMISSAL IS ALSO APPROPRIATE WHEN THE CONTINUED ADMINISTRATION OF THE ESTATE WILL NOT PROMOTE THE FUNDAMENTAL PURPOSES OF A CHAPTER 7 CASE.

The general purpose of a Chapter 7 case is to "(1) provide the debtor with a fresh start,

or (2) to liquidate the Debtor's non-exempt assets, (3) for the benefit of debtor's creditors." *In*

*re Steffen* 426 B.R. 907. 915. Where it can be shown that no unsecured creditors remain in the

case because the claims have either been withdrawn, paid or settled, continuation of the

MOTION FOR RELIEF FROM STAY - 4

Chapter 7 case does not promote the purposes of a Chapter 7 case and dismissal is appropriate. *In re Steffen* at pages 914-915.

This is precisely the situation here. Given the substantial liens on the real property and the Trustee's significant administrative expenses, the sale of the property would yield no meaningful return to unsecured creditors. There is a first mortgage with AmWest Funding Corp for about $3,085,186.50, a lien owed to Mehran Javaherian for about $1,678,645.00, a HERO loan for $201,271, restitution owed to United States of America for $1,289,264.94, and $123,685.75 owed to Los Angeles Police Federal Credit Union, totaling about $6,378,053.19. Debtor also owes State Franchise Tax Board of $26,505.48 and domestic support obligations of $41,250.00. While the Trustee claims that an offer of $4,500,000 has been received for the subject property located at 24366 La Masina Court, this assertion must be viewed in light of the numerous, serious, and long-standing Code Enforcement and Permit Violations cited by the City of Calabasas, making the property's actual marketable value highly questionable. As evidenced by the attached inspection and enforcement documents. Trustee's assertion that a $4,500,000 offer appropriately reflects the market value of the property is misleading and fails to account for the significant encumbrances, enforcement proceedings, and latent deficiencies associated with the Property. An accurate valuation must consider these substantial liabilities, making the proposed sale price highly speculative and unsupported. Hence, the proposed allocation to unsecured creditors is also speculative and does not support a true benefit to debtor's creditors.

Moreover, Debtor and his brother are committed to resolving the financial obligations associated with this Property and have a concrete, actionable plan upon the brother's release at the end of July.  The intention is to work diligently to either: (1) Market the Property for Sale:

MOTION FOR RELIEF FROM STAY - 5

Engage a licensed real estate broker (which has already agreed to receive less commissions) immediately upon release to obtain an accurate market assessment and pursue a sale that reflects the Property's true market value, after addressing the pending code enforcement and permit issues; or (2) Retain the Property and Operate It as a Short-Term Rental: The Property's location and layout make it highly suitable for short-term rental income, a use that can be leveraged to service the secured and unsecured debts associated with the Property.

Both strategies would enable the Debtor to utilize the Property to maximize returns for the estate, making payments to both secured and unsecured creditors more realistically and efficiently than a distressed sale conducted under the Trustee's direction. In other words:

- The Property has significant income-producing potential;

- The Debtor's brother's release allows direct, hands-on supervision of the process;

- The Debtor's and his brother's approach provides a path that aims to enhance value for all stakeholders, rather than accepting an offer that fails to account for these liabilities and unnecessarily discounts the Property.

These consensual resolutions will allow the unsecured creditors to receive greater recovery, through negotiated settlements, than they would if this Chapter 7 case were to continue under the Trustee's control.  Indeed, any benefit that unsecured creditors might receive is far more likely to come from these direct payments and settlements outside of bankruptcy than from an administratively costly sale process that will consume all the funds.

As in *Steffen,* where the Bankruptcy court dismissed the case upon finding that creditors had been satisfied and continuing the case would serve no meaningful purpose, this case similarly no longer advances the goals of Chapter 7.  Here, the unsecured creditors will be made whole or paid to the extent possible through agreements outside of bankruptcy.

MOTION FOR RELIEF FROM STAY - 6

KHACH LAW GROUP, PC
126 S Jackson St. Suite 203
Glendale, CA 91205
Tel: (818) 243.8500
Fax: (866) 577.6740

Dismissing the case under § 707(a) is therefore not only appropriate — it is the most efficient and fair way to achieve the very purpose of Chapter 7.

**TRUSTEE'S ACTIONS ARE CREATING ADMINISTRATIVE WASTE**

Pursuant to 11 U.S.C. § 105(a), the Court is vested with broad authority to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title" and to prevent an abuse of process. This provision empowers the Court to look beyond form to substance and intervene when the Trustee's administration of the estate frustrates the fundamental purpose of the Bankruptcy Code — a fair and efficient distribution to creditors.

Here, the Trustee seeks to liquidate a property that is heavily encumbered by approximately $7 million in liens, leaving no equity for the estate and thus no benefit to unsecured creditors. Instead, the proposed sale will serve only to enrich professionals hired by the Trustee — including the real estate broker earning a commission, as well as the attorneys and accountants incurring administrative expenses — all at the expense of the estate. Selling this over-encumbered property will generate administrative claims that further deplete any value that might otherwise go to creditors.

Allowing the Trustee to continue in this manner would constitute precisely the sort of "abuse of process" that § 105(a) is intended to prevent. See *In re Baker*, 604 B.R. 7, 14 (B.A.P. 9th Cir. 2019) (observing that the bankruptcy court has broad authority to prevent actions that unnecessarily deplete estate value). The property will produce no meaningful recovery for creditors, making the administrative pursuit of its sale contrary to the interests of the estate and the Bankruptcy Code's purpose.

Accordingly, the Court should exercise its authority under § 105(a) to prevent further waste and dismiss this case for cause.

MOTION FOR RELIEF FROM STAY - 7

KHACH LAW GROUP, PC
126 S Jackson St. Suite 203
Glendale, CA 91205
Tel: (818) 243.8500
Fax: (866) 577.6740

## CONCLUSION

In sum, a dismissal is warranted in this case because it would eliminate unnecessary administrative expenses, enable consensual resolution among creditors, and preserve estate value for creditors, which would best serve the interests of all creditors

Accordingly, the Debtor respectfully requests this Court enter an order dismissing this Chapter 7 case.

KHACH LAW GROUP, PLLC

Dated June 24, 2025

_____

Anita Khachikyan
Attorney for Debtor

MOTION FOR RELIEF FROM STAY - 8

Anita Khachikyan, 271204
KHACH LAW GROUP, PC
126 S. Jackson St., Suite 203
Glendale, CA 91205
Tel. 818.243.8500
Fax. 866.577.6740
ak@khachlaw.com

Attorney for Debtor(s):
Hovhannes Nazaryan

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

|  |  |
|---|---|
| In re:<br><br>Hovhannes Nazaryan<br><br>Debtor(s). | ) Case No.: 1:25-bk-10617 MB<br>)<br>) Chapter 7<br>)<br>) DECLARATION OF DEBTOR<br>)<br>) |

DECLARATION OF HOVHANNES NAZARYAN

I, Hovhannes Nazaryan, hereby declare as follows:

1. I am the debtor in the above-captioned Chapter 7 bankruptcy case. I have personal knowledge of the following facts, and if called upon to testify to this action, I could and would testify competently thereto.

2. I filed this voluntary Chapter 7 bankruptcy on April 14, 2025, while incarcerated, to obtain temporary relief from creditor pressure and an imminent foreclosure.

3. Due to my incarceration, I have had extremely limited access to documents and highly restricted communication with my counsel, making it challenging to meaningfully participate in the bankruptcy proceedings.

4. The primary asset of the estate is a residential property located at 24366 La Masina Court, which I own with my brother. My brother is also incarcerated and unable to defend

1

himself in the Trustee's pending adversary proceeding seeking to obtain his interest in the property. He is expected to be released at the end of July 2025.

5. Upon his release, my brother and I intend to pursue a more advantageous approach to resolving the debts associated with the property. We have already retained a real estate agent who has agreed to reduce commission fees, ensuring more proceeds are available for creditor repayment.

6. The Trustee's ongoing litigation has increased administrative expenses, consuming the estate's resources and potentially yielding no benefit to the creditors. The sale of the property, in its current state and under the Trustee's administration, is highly unlikely to produce any meaningful recovery for the estate's unsecured creditors due to the significant liens and code enforcement liabilities attached to the property.

7. I am acting in good faith and have every intention of resolving my debts. In fact, I, through my counsel, am engaging in negotiations with certain key creditors to reach an agreement for payment that will likely result in better recovery for those creditors than the bankruptcy process.

8. The dismissal of this Chapter 7 case would best serve both my interests and the interests of my creditors, allowing me to utilize the property and other resources more effectively to satisfy debts. This approach will enable a direct, consensual, and cost-effective resolution for creditors.

9. I declare under penalty of perjury that the foregoing is true and correct.

Hovhannes Nazaryan

2





OWNERS ASSOCIATION

Writer's direct e-mail: bdavidoff@rossmorganco.com

October 26, 2017

Regdalin Properties
50 S. Rodeo Drive #260
Beverly Hills, CA 90212

**RE:   VISTA POINTE HOMEOWNERS ASSOCIATION
         PROPERTY LOCATION: 24366 LA MASINA COURT**

Dear Homeowner,

Please note that the Board of Directors has reviewed your architectural submittal, and has determined that the application is incomplete and is denied in its current form, without a survey of the lot lines. A survey is needed prior to further review and decisioning of the project.

In addition, the Board of Directors has great concern regarding the trenching potentially compromising the stability of the slope.

Please be advised that no work is permitted until plans have been approved by the Homeowners Association.

Thank you for your understanding concerning this important matter.

Sincerely,

Brian Davidoff, CMCA, AMS
Community Manager
Vista Pointe Homeowners Association

cc:   Board of Directors
       Dan Shapiro, Esq.
       Monica Shinder, City of Calabasas – Permit Supervisor and City
       Ruben Flores, City of Calabasas – Senior Building Inspector



CITY of CALABASAS

NOTICE OF EXPIRED PERMIT

December 20, 2017

COPY

Regdalin Properties LLC
150 S. Rodeo Drive
Beverly Hills, CA 90212

RE:  24366 La Masina Ct., Calabasas, CA
        Expired Permits BS1701881 (mechanical)
                         BS1701879 (Plumbing)
                         BS1701880 (electrical)
        Last inspection date:  None

Dear Owners:

I'm writing you as a courtesy to let you know that your permits expired on December 18, 2017 without inspections.  These permits expired due to the 180-day time limit per Section 105.5 of the 2016 California Building code.

If a permit is allowed to expire, a copy of the expired permit will remain in the permanent file for this address, is a matter of public record, and no new permits will be issued for this property until these permits have been resolved.

Please feel free to contact this office with any questions.

Sincerely,

Monica Shinder
Permit Center Supervisor

Enclosure:  Copy of expired permits

c:  Code Enforcement
    Apple Home Developer Inc.

100 Civic Center Way
Calabasas, CA 91302
(818) 224-1600
Fax (818) 225-7324



**Community Development Department**
Building & Safety Division
100 Civic Center Way
Calabasas, CA 91302

CITY of CALABASAS

Permit No : BS1701881
Permit Status : Permit Issued
PC Status :
Page 1 of 3
06/15/2017

# Mechanical Permit

| | | | |
|---|---|---|---|
| **Base Address** | 24366 LA MASINA CT | **Applied :** | 06/15/2017 |
| **Job Description** | R/R: Replace fixtures LIKE FOR LIKE (4) split system condensers <100K BTU (2 - on roof, 3 - in side yard); (1) heat pump < 100K BTU in side yard; (6) vent fans. | **Issued :** | 06/15/2017 |
| **Parcel Number** | 2069033066 | **Expiration Date :** | 12/12/2017 |
| **Valuation** | $0.00 | | |

**CONTRACTOR**   APPLE HOME DEVELOPER INC 955331 (818) 489-2740
18921 DUKAS STREET PORTER RANCH CA 91326

**APPLICANT**   ASATRYAN ANDRANIK (818) 489-2740
18921 DUKAS STREET PORTER RANCH CA 91326

**OWNER**   REGDALIN PROPERTIES LLC (909) 990-0000
150 S RODEO DR BEVERLY HILLS CA 90212

EXPIRED 12/12/17
DATE:

HERS RATER REQUIRED

## Site Data

| Occupancy Group | Type of Construction | Building Code |
|---|---|---|
| | | |

## Fees

| Fee Description | Account | Units | Fee/Units | Amount | Paid |
|---|---|---|---|---|---|
| Mechanical Permit Issuance Fee | 10-000-4110-00 | | | $33.00 | $33.00 |
| Install, alter or relocate each condenser, compressor, furnace, heater, boiler up to 100K BTU | 10-000-4110-00 | 5 | $31.00 | $155.00 | $155.00 |
| For ventilation fans which serve a single register, each fan up to 10 - $19; each fan >10 - $7 | 10-000-4110-00 | 6 | | $114.00 | $114.00 |

| Plan Check | | Permit | | Total | |
|---|---|---|---|---|---|
| Fees: | $0.00 | Fees: | $302.00 | Fees: | $302.00 |
| | | | | Adjustments: | $0.00 |
| Payments: | $0.00 | Payments: | $302.00 | Payments: | $302.00 |
| | | | | Extend Credit: | $0.00 |
| Balance Due: | $0.00 | Balance Due: | $0.00 | Balance Due: | $0.00 |

| Transaction Date | Transaction Type | Method | Check# | Paid By | Amount |
|---|---|---|---|---|---|
| 06/15/2017 | Payment of Balance Due | check | 1506 | APPLE HOME DEVELOPER INC | $302.00 |

## Conditions / Provisions

HERS VERIFICATION:  In accordance with the requirements of CCR Title 24, California Energy Code, HERS verification is required for the mechanical system.  All HERS certification documentation (CF-4R & CF-6R) must be submitted and approved prior to finalization of the building and mechanical permits.

INSPECTION REQUIREMENTS:  Approval of the plans or issuance of any permit does not preclude any additional submittals required by the Building Inspector.

INSPECTION REQUEST:  TO REQUEST AN INSPECTION CALL (818)224-1738.  INSPECTION REQUESTS MAY BE MADE UNITL 7AM ON THE DAY OF THE REQUESTED INSPECTION. THE PERMIT NUMBER ALONG WITH ADDRESS, CONTACT PERSON AND PHONE NUMBER MUST BE PROVIDED WHEN REQUESTING AN INSPECTION. PLEASE SPEAK CLEARLY AND SLOWLY.

ON LINE INSPECTION REQUEST:



**Community Development Department**
Building & Safety Division
100 Civic Center Way
Calabasas, CA 91302

CITY of CALABASAS

Permit No : **BS1701881**
Permit Status : Permit Issued
PC Status :
Page  2 of 3
06/15/2017

## Mechanical Permit

http://www.cityofcalabasas.com/BuildingSafety/inspection-requests.html

IF YOU WOULD LIKE TO VERIFY YOUR APPROXIMATE INSPECTION TIME, PLEASE CALL (818)224-1725 AFTER 8:30 AM ON THE MORNING OF YOUR INSPECTION.

IF YOU NEED TO CANCEL AN INSPECTION, PLEASE CALL (818)224-1600 AND ASK TO SPEAK WITH A PERMIT TECHNICIAN.

CONSTRUCTION HOURS:  The project shall comply with the following construction hour restrictions:  Monday-Friday 7am-6pm; Saturday 8am-5pm; Sunday and Federal Holidays not allowed.

PLANS ON SITE:  The approved set of City stamped plans, specifications and job card must be at job site during construction and available to the building inspector.  It is unlawful to alter or change the approved plans, or deviate there from, without approval of the Building Division.  The stamping of the plans and specifications shall not be held to permit or to be an approval of the violation of any provision of the City Ordinance or State law.  The approval does not waive any required approvals from other Division, Departments, and Agencies having jurisdiction.

Every permit issued shall become invalid unless the work on the site authorized by such permit is commenced within 180 days after its issuance, or if the work authorized on the site by such a permit is suspended or abandoned for a period of 180 days after the time the work is commenced.  The building official is authorized to grant, in writing, one or more extensions of time, for periods not more than 180 days each.   The extension shall be requested in writing and justifiable cause demonstrated. (per 2016 California Building Code -- 105.5 Expiration)

An encroachment permit is required for placement of a temp./roll-off container within the City right of way.

INSPECTION ITEMS:
1. Title 24 report _____

2. Location / Setback _____

3. Underground _____

4. Underfloor _____

5. Refrigeration / Heat Piping _____

6. Gas Line _____

7. Gas Test _____

8. Electric Supply _____

9. Electrical Disconnect _____

10. Service Electrical Outlet _____

11. All Breakers Identified _____

12. Combustion Air _____

13. Make-up Air _____

14. Venting _____

15. Dampers _____

16. Smoke/Fire Dampers _____

17. Rough Mechanical _____

18. Duct Sealing _____

19. Grease Duct / Hoods _____



EXPIRED DATE: 12/12/17



**Community Development Department**
Building & Safety Division
100 Civic Center Way
Calabasas, CA 91302

CITY *of* CALABASAS

Permit No : **BS1701881**
Permit Status : Permit Issued
PC Status :
Page  3 of 3
06/15/2017

## Mechanical Permit

20. Exhaust Fan _____

21. Working Platform / Cat walk _____

22. Line-set Insulation & U.V. Cover _____

23. Condensate Lines _____

24. Thermostat _____

25. Miscellaneous / Other _____

26. CF-2R (Installation Certificate) _____

27. HERS rater CF3R _____

28. Carbon Monoxide Device _____

29. Smoke Detectors _____

30. Green Building Points _____

31. Final Building & safety _____



EXPIRED 12/12/17
DATE: _____

COMMENTS:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____



**CITY of CALABASAS**

**Community Development Department**
Building & Safety Division
100 Civic Center Way
Calabasas, CA 91302

Permit No : **BS1701879**
Permit Status : Permit Issued
PC Status :
Page  1 of 4
06/21/2017

# Plumbing Permit

| | | | |
|---|---|---|---|
| **Base Address** | 24366 LA MASINA CT | **Applied :** | 06/15/2017 |

**Job Description**    R/R: Replace all plumbing fixtures with water efficient fixtures,LIKE FOR LIKE REPLACEMENT;Replace (1) kitchen sink;(1) interior bar sink;(1) bar sink in BBQ area;(1) laundry sink;(1) washing machine;(1) instant water heaters below BBQ;(2) tankless water heaters inside of garage;(1) tankless water heater inside of the garage;(3) low pressure gas line systems for the tankless water heaters;(5) bathroom sinks;(6) toilets;(6) showers.(INSTALATION MANUALS SHALL BE AVAILABLE AT TIME OF INSPECTION)

**Issued :**    06/21/2017

**Parcel Number**    2069033066     **Expiration Date :** 12/18/2017

**Valuation**    $0.00

**CONTRACTOR**    APPLE HOME DEVELOPER INC 955331 (818) 489-2740
18921 DUKAS STREET PORTER RANCH CA 91326

**APPLICANT**    ASATRYAN ANDRANIK (818) 489-2740
18921 DUKAS STREET PORTER RANCH CA 91326

**OWNER**    REGDALIN PROPERTIES LLC (909) 990-0000
150 S RODEO DR BEVERLY HILLS CA 90212

EXPIRED DATE: 12/18/17

## Site Data

| Occupancy Group | Type of Construction | Building Code |
|---|---|---|
| | | |

## Fees

| Fee Description | Account | Units | Fee/Units | Amount | Paid |
|---|---|---|---|---|---|
| Plumbing Permit Issuance Fee | 10-000-4110-00 | | | $33.00 | $33.00 |
| For each plumbing fixture or trap (incl. drainage, vent, water piping & backflow prevention device) | 10-000-4110-00 | 1 | $20.00 | $20.00 | $20.00 |
| For each gas piping system; low pressure system, up to five outlets and for each additional outlet | 10-000-4110-00 | 3 | | $20.00 | $20.00 |
| For each water heater and/or vent | 10-000-4110-00 | 4 | $20.00 | $80.00 | $80.00 |
| For each Sink | 10-000-4110-00 | 9 | $20.00 | $180.00 | $180.00 |
| For each Toilet | 10-000-4110-00 | 6 | $20.00 | $120.00 | $120.00 |
| For each Bathtub/Shower | 10-000-4110-00 | 6 | $20.00 | $120.00 | $120.00 |

| Plan Check | | Permit | | Total | |
|---|---|---|---|---|---|
| Fees: | $0.00 | Fees: | $573.00 | Fees: | $573.00 |
| | | | | Adjustments: | $0.00 |
| Payments: | $0.00 | Payments: | $573.00 | Payments: | $573.00 |
| | | | | Extend Credit: | $0.00 |
| Balance Due: | $0.00 | Balance Due: | $0.00 | Balance Due: | $0.00 |

| Transaction Date | Transaction Type | Method | Check# | Paid By | Amount |
|---|---|---|---|---|---|
| 06/15/2017 | Payment of Balance Due | check | 1506 | APPLE HOME DEVELOPER INC | $513.00 |
| 06/21/2017 | Payment of Balance Due | check | 1468 | Apple Home Developer | $60.00 |

## Conditions / Provisions

INSPECTION REQUIREMENTS:  Approval of the plans or issuance of any permit does not preclude any additional submittals required by the Building Inspector.



**Community Development Department**
Building & Safety Division
100 Civic Center Way
Calabasas, CA 91302

CITY of CALABASAS

Permit No : **BS1701879**
Permit Status : Permit Issued
PC Status :
Page 2 of 3
06/15/2017

# Plumbing Permit

AM ON THE MORNING OF YOUR INSPECTION.

ON LINE INSPECTION REQUEST:
http://www.cityofcalabasas.com/BuildingSafety/inspection-requests.html

IF YOU NEED TO CANCEL AN INSPECTION, PLEASE CALL (818)224-1600 AND ASK TO SPEAK WITH A PERMIT
TECHNICIAN.

CONSTRUCTION HOURS: The project shall comply with the following construction hour restrictions: Monday-Friday
7am-6pm; Saturday 8am-5pm; Sunday and Federal Holidays not allowed.

PLANS ON SITE: The approved set of City stamped plans, specifications and job card must be at job site during construction
and available to the building inspector. It is unlawful to alter or change the approved plans, or deviate there from, without
approval of the Building Division. The stamping of the plans and specifications shall not be held to permit or to be an approval
of the violation of any provision of the City Ordinance or State law. The approval does not waive any required approvals from
other Division, Departments, and Agencies having jurisdiction.

Every permit issued shall become invalid unless the work on the site authorized by such permit is commenced within 180 days
after its issuance, or if the work authorized on the site by such a permit is suspended or abandoned for a period of 180 days
after the time the work is commenced. The building official is authorized to grant, in writing, one or more extensions of time,
for periods not more than 180 days each. The extension shall be requested in writing and justifiable cause demonstrated. (per
2016 California Building Code -- 105.5 Expiration)

An encroachment permit is required for placement of a temp./roll-off container within the City right of way.

**EXPIRED DATE:** 12/18/17

INSPECTION ITEMS:
1. Groundwork/Underfloor - Water _____

2. Water Service & Test _____

3. Water back Flow Protection _____

4. Water Pressure regulator _____

5. Rough Plumbing _____

6. Cold Water Bond _____

7. Groundwork/Underfloor - Soil _____

8. Main Line Sewer _____

9. Building Clean Out _____

10. End of Line Clean Out _____

11. Backwater Valve _____

12. Split System _____

13. DWV Top-Out _____

14. Shower Pan/Tub Test _____

15. Gas Line & Test _____

16. Underground Gas Line & Tracer Wire _____

17. Gas Line Sleeved & Vented _____

18. Underground Elect. _____

19. Gas Seismic Shut-off Valve _____



**Community Development Department**
Building & Safety Division
100 Civic Center Way
Calabasas, CA 91302

CITY *of* CALABASAS

Permit No : **BS1701879**
Permit Status : Permit Issued
PC Status :
Page  3 of 3
06/15/2017

# Plumbing Permit

20. Gas Line Bond _____

21. Water Heater _____

22. Seismic Bracing _____

23. Temperature & Pressure Relief Valves _____

24. Pump Motor Bonded & GFCI protected _____

25. Roof Drains & Test _____

26. Grease Trap / Interceptor _____

27. Miscellaneous / Other _____

28. Release Meter to Gas Company _____

29. Final Public Works _____

30. Sewer As-Built Plan_____

31. Green Building Points_____

32. CF-6R _____

33. SB-407 Certificate of Compliance _____

34. Carbon Monoxide Devices _____

35. Smoke Detectors _____

36. Final Building & Safety _____



EXPIRED DATE: 12/18/17

COMMENTS:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____



**Community Development Department**
Building & Safety Division
100 Civic Center Way
Calabasas, CA 91302

CITY of CALABASAS

| Permit No : **BS1701880** |
|---|
| Permit Status : Permit Issued |
| PC Status : |
| Page  1 of 3 |
| 06/21/2017 |

## Electrical Permit

| | | | |
|---|---|---|---|
| **Base Address** | 24366 LA MASINA CT | **Applied :** | 06/15/2017 |
| **Job Description** | R/R: Replace (50) light fixtures; (20) switches; (3) outlets for the 3 tankless water heaters | **Issued :** | 06/21/2017 |
| **Parcel Number** | 2069033066 | **Expiration Date :** | 12/18/2017 |
| **Valuation** | $0.00 | | |
| **CONTRACTOR** | APPLE HOME DEVELOPER INC 955331 (818) 489-2740 18921 DUKAS STREET PORTER RANCH CA 91326 | | |
| **APPLICANT** | ASATRYAN ANDRANIK (818) 489-2740 18921 DUKAS STREET PORTER RANCH CA 91326 | | |
| **OWNER** | REGDALIN PROPERTIES LLC (909) 990-0000 150 S RODEO DR BEVERLY HILLS CA 90212 | | |

EXPIRED DATE: 12/18/17

### Site Data

| Occupancy Group | Type of Construction | Building Code |
|---|---|---|
| | | |

### Fees

| Fee Description | Account | Units | Fee/Units | Amount | Paid |
|---|---|---|---|---|---|
| Electrical Permit Issuance Fee | 10-000-4110-00 | | | $33.00 | $33.00 |
| Receptacles, switch, lighting or other, first 20 outlets,each $2.25; add. outlets, each $1.50 | 10-000-4110-00 | 23 | | $56.00 | $56.00 |
| Lighting Fixtures, first 20 outlets, each $2.25, add. fixtures, each $1.50 | 10-000-4110-00 | 50 | | $110.00 | $110.00 |

| Plan Check | | Permit | | Total | |
|---|---|---|---|---|---|
| Fees: | $0.00 | Fees: | $199.00 | Fees: | $199.00 |
| | | | | Adjustments: | $0.00 |
| Payments: | $0.00 | Payments: | $199.00 | Payments: | $199.00 |
| | | | | Extend Credit: | $0.00 |
| Balance Due: | $0.00 | Balance Due: | $0.00 | Balance Due: | $0.00 |

| Transaction Date | Transaction Type | Method | Check# | Paid By | Amount |
|---|---|---|---|---|---|
| 06/15/2017 | Payment of Balance Due | check | 1506 | APPLE HOME DEVELOPER INC | $193.00 |
| 06/21/2017 | Payment of Balance Due | check | 1468 | Apple Home Developer | $6.00 |

### Conditions / Provisions

INSPECTION REQUIREMENTS:  Approval of the plans or issuance of any permit does not preclude any additional submittals required by the Building Inspector.

INSPECTION REQUEST:  TO REQUEST AN INSPECTION CALL (818)224-1738.  INSPECTION REQUESTS MAY BE MADE UNITL 7AM ON THE DAY OF THE REQUESTED INSPECTION. THE PERMIT NUMBER ALONG WITH ADDRESS, CONTACT PERSON AND PHONE NUMBER MUST BE PROVIDED WHEN REQUESTING AN INSPECTION. PLEASE SPEAK CLEARLY AND SLOWLY.

ON LINE INSPECTION REQUEST:
http://www.cityofcalabasas.com/BuildingSafety/inspection-requests.html

IF YOU WOULD LIKE TO VERIFY YOUR APPROXIMATE INSPECTION TIME, PLEASE CALL (818)224-1725 AFTER 8:30 AM ON THE MORNING OF YOUR INSPECTION.



CITY of CALABASAS

**Community Development Department**
Building & Safety Division
100 Civic Center Way
Calabasas, CA 91302

Permit No : **BS1701880**
Permit Status : Permit Issued
PC Status :
Page 2 of 3
06/15/2017

## Electrical Permit

TECHNICIAN.

CONSTRUCTION HOURS:  The project shall comply with the following construction hour restrictions:  Monday-Friday 7am-6pm; Saturday 8am-5pm; Sunday and Federal Holidays not allowed.

PLANS ON SITE:  The approved set of City stamped plans, specifications and job card must be at job site during construction and available to the building inspector.  It is unlawful to alter or change the approved plans, or deviate therefrom, without approval of the Building Division.  The stamping of the plans and specifications shall not be held to permit or to be an approval of the violation of any provision of the City Ordinance or State law.  The approval does not waive any required approvals from other Division, Departments, and Agencies having jurisdiction.

Every permit issued shall become invalid unless the work on the site authorized by such permit is commenced within 180 days after its issuance, or if the work authorized on the site by such a permit is suspended or abandoned for a period of 180 days after the time the work is commenced.  The building official is authorized to grant, in writing, one or more extensions of time, for periods not more than 180 days each.  The extension shall be requested in writing and justifiable cause demonstrated. (per 2016 California Building Code -- 105.5 Expiration)

An encroachment permit is required for placement of a temp./roll-off container within the City right of way.

INSPECTION ITEMS:

1. Carbon Monoxide Device _____

2. Grounding Electrode / Ufer ground _____

3. Cold Water Bond _____

4. Gas Line Bond _____

5. Bonded _____

6. Under-ground Electrical _____

7. Under-slab Electrical _____

8. Rough (floor) _____

9. Rough (walls) _____

10. Rough (ceiling) _____

11. Wiring Diagram/Load Schedule _____

12. De-Rating _____

13. Transformer _____

14. Main Service Panel _____

15. Sub-Panels _____

16. Electrical Disconnect _____

17. Pool Electrical _____

18. Signs _____

19. Emergency Lighting/Signage _____

20. Title 24 Lighting Requirements _____

21. Smoke Detectors _____

22. CO Alarms _____

EXPIRED DATE 12/18/17



**CITY of CALABASAS**

**Community Development Department**
Building & Safety Division
100 Civic Center Way
Calabasas, CA 91302

Permit No : **BS1701880**
Permit Status : Permit Issued
PC Status :
Page  3 of 3
06/15/2017

## Electrical Permit

23. All Breakers Identified _____

24. GFCI Protected _____

25. ARC Fault Breakers _____

26. Lath & Flashing _____

27. Miscellaneous / Other _____

28. Release Electrical Panel to Edison _____

29. Rough Electrical _____

30. CF-6R-LTG-01 _____

31. Green Building Points _____

32. Final Building & safety _____



EXPIRED DATE: 12/18/17

COMMENTS:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**24366 La Masina Court – Permits**

4-1-87 – Building – 8,500 sq. ft. 2 Story SFR

5-5-87 – Building – 300 sq. ft. Trellis over kitchen?

5-13-89 – Building – 760 sq. ft. Swimming Pool

4-1-87 – Plumbing – Sewer Connection

4-1-87 – HVAC – 1 air handling unit, 5 Compressor, 4 Furnace,

47 inlets / Outlets.

4-1-87 – Electrical - Temp power pole for 8,153 Sq. Ft. SFR

4-1-87 – Plumbing –  8 water closet, 3 bathtub, 6 shower, 9 lavatory, 6 sink, 1 dishwasher, 2 clothes washer, 1 water heater, 1 gas system w/ 11 outlets, 1 hose bibb.

9-9-08 – Building – SFR Addition – Add 933 Sq. Ft. to existing Garage, Add 829 Sq ft to existing balconies, remodel existing 358 sq ft master bedroom.

2-13-08 – Building – Front yard fountain 2' 6" x 12' 9" with concrete bridge.

11-3-08 – Building – Water Fall next to pool.

9-9-08 – MEP – Add 6 light fixtures, 10 switches receptacles, 1 bathtub, 1 shower, 2 sinks, and 1 toilet.

9-9-08 – Electrical – Upgrade from 400-amp to 600-amp panel.

12-18-17 – Electrical – Replace 50 light fixtures, 20 switches **(Expired – No inspections).**

12-18-17 – Plumbing – Replace all plumbing fixtures with water efficient fixtures,LIKE FOR LIKE REPLACEMENT;Replace (1) kitchen sink;(1) interior bar sink;(1) bar sink in BBQ area;(1) laundry sink;(1) washing machine;(1) instant water heaters below BBQ;(2) tankless water heaters inside of garage;(1) tankless water heater inside of the garage;(3) low pressure gas line systems for the tankless water heaters;(5) bathroom sinks;(6) toilets;(6) showers.(INSTALATION MANUALS SHALL BE AVAILABLE AT TIME OF INSPECTION) **(Expired – No inspections).**

12-12-17 – Mechanical – Replace fixtures LIKE FOR LIKE (4) split system condensers <100K BTU (2 - on roof, 3 - in side yard); (1) heat pump < 100K BTU in side yard; (6) vent fans. **(Expired – No inspections).**





## CITY *of* CALABASAS

## NOTICE OF VIOLATION
Code Enforcement Case Number CE1703154

**September 16, 2021**

**To:**    Banc of California National Association [Responsible Person[1]]
1 Corporate Dr. Ste 360
Lake Zurich, Il, 60047-8945

Philip Boroda Associate Broker Caldwell Banker Realty [Responsible Person]
301 N Canon Dr. Ste E,
Beverly Hills, CA 90210

15490 Ventura Blvd Ste 100,
Sherman Oaks, CA 91403

*Copy via email: pboroda1@earthlink.net*

Rosa M. Valencia Realtor / REO Coordinator for Philip Boroda [Responsible Person]
15490 Ventura Blvd Ste 100,
Sherman Oaks, CA 91403

*Copy via email: rosa.valenciare@gmail.com*

**Re:**    **NOTICE OF VIOLATION**
24336 La Masina Court, Calabasas CA 91302

---

[1] The City of Calabasas Municipal Code ("CCMC") Defines "Responsible person," which means any of the
following:

"... A person who, by action or inaction, causes, maintains, permits or allows a code violation ... A
person whose agent, employee, or independent contractor, by action or inaction, causes, maintains,
permits or allows a code violation... An owner of real property on which a code violation occurs ... A
lessee or sublessee with the current right of possession of real property on which a code violation
occurs ... A person that uses real property on which a code violation occurs ... An on-site manager
who regularly works on real property on which a violation occurs and who is responsible for the
business or other activities on that real property ... The owners, majority stockholders, corporate
officers, trustees, general partners and any other person with the authority to act for a legal entity
that is a responsible person under subsections ... above..."

*City of Calabasas*        *100 Civic Center Way, Calabasas, California  91302*        *818.224.1600*

September 16, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 2 of 15

---

This is a **Notice of Violation** ("**NOV**") and Notice of pending Administrative Enforcement. The date of this document is the date of NOV issuance.

**Section 1        Observations and determinations.**

**REHABILITATION CONSTRUCTION PERMITS ARE REQUIRED.**

The subject property underwent an interior remodel without the benefit of Building and Safety Inspection Approvals. Permits that were secured, expired by time limitations (see attachments).

Hardscape and landscape encroachment improvements are present into adjacent vacant parcel APN 2069-033-061 (owned by the Vista Pointe Owners Association) and the swimming pool barrier for the swimming pool was removed.

Swimming pool has been remolded.

**Section 2.        Violations[2]**

**Violation 1**

Building permits required – Building inspections required.

**Violation 2**

Electrical permits required – Electrical inspections required.

**Violation 3**

Mechanical permits required - Mechanical inspections required.

**Violation 4**

Plumbing permits required – Plumbing inspections required.

**Violation 5**

Unlawful maintenance.

**Violation 6**

---

[2] See Appendix 1 for pertinent code citations and passages.

*City of Calabasas        100 Civic Center Way, Calabasas, California  91302        818.224.1600*

September 16, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 3 of 15

_____

Land Use and Development Code permit required.

**Violation 7**

Swimming pool safety barrier removed.

**Section 3.      Single point of communications - designated licensed professional.
Corrective measures required.
Deadlines.**

**The property owner shall designate a licensed professional to analyze the property and communicate
with the City.**

**Spontaneous visits to the Permit Center, emails, or telephone calls from persons not recognized as the
designated licensed professional– will not be responded to by staff.**

In order to secure the permits, rehabilitation building permit applications and construction plans are
required to be submitted to Building and Safety for Code Enforcement plan check review.

Should the designated licensed professional desire to glean more information from Building and Safety,
singular questions will not be answered and staff will not engage in a series of email responses.

Impromptu phone calls or visits to the permit center will not be entertained by City staff.

The designated licensed professional may prepare an organized comprehensive list of questions. The list
shall demonstrate they have analyzed the public records, _performed a site visit_, and analyzed all the
conditions in their entirety.

The list will be reviewed by Code Enforcement, if deemed complete, a detailed email response will be
provided. The list may be sent by email to the following:

  email:  tempbd@cityofcalabasas.com

  mail:  City of Calabasas Building and Safety
     Attention "Code Enforcement"
     100 Civic Center Way, Calabasas, California 91302

**Deadline – By no later than September 30, 2021** – Designate a licensed professional as the single point
of contact and submit the person's contact information via email, or letter, to Code Enforcement via one
of the methods listed above.

September 16, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 4 of 15

---

**Deadline – By no later than October 14, 2021** –Submit <u>all</u> Rehabilitation Building Permit applications, and rehabilitation construction plans for Building and Safety "Code Enforcement" Plan Check Review.

**Deadline – By no later than November 25, 2021** – Secure inspection approvals of all work.

**Section 4.**     **Consequences for failure to comply with any deadline established in Section 3 of this Notice.**

If you disregard any of the deadlines in Section 3 above, Building and Safety may submit a Declaration of Public Nuisance and/or a Declaration of Substandard Property for the subject premises to the Los Angeles County Recorder's Office for recordation. The declaration(s) would be recorded to give notice to persons who may subsequently acquire a legal interest in the subject premises of failure to complete one or more of the required actions as stated in this Notice. The declaration(s) are not intended to, and does not, alter the requirements of the CCMC.

Administrative Citations may be issued with fines that sequentially escalate to <u>$500 per violation per each and every day the violation/s continue to exist.</u>

Building and Safety may also place a hold on any future improvement permit applications until all violations are mitigated with permanent measures implemented to the satisfaction of the Building and Safety Division.

The City's remedies are not exclusive and may be concurrently exercised.

Sincerely,

Gabriel Endreola
Building Inspector / Code Enforcement Officer,

Copy via email:
Community Development Director
Building Official
City Planner
Permit Center Staff
Building Inspection Staff
Code Enforcement Staff

Copy by US Mail
Vista Pointe Owners Association
PO Box 8782
Calabasas, CA 91372

Attachments: Expired Building Permits

September 16, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 5 of 15

---

## APPENDIX ONE

### Code Citations

**City of Calabasas Municipal Code ("CCMC") – Chapter 1.16 – General Penalty** - states, in pertinent part, as follows:

"... **Violation—Deemed misdemeanor.** Except as otherwise provided, every person who violates any provision or who fails to comply with any of the requirements of this Code or any other ordinance of the city is guilty of a misdemeanor unless the offense is specifically classified in the code or by state law as an infraction, or the city prosecutor reduces the charge to an infraction in the interests of justice, in which case the person shall be guilty of an infraction. Each such person shall be deemed guilty of a separate offense for each and every day or any portion thereof during which any violation of any of the provisions of said code or ordinance is committed, continued or permitted by such person and shall be deemed punishable therefor as provided in this Code..."

"... **Civil remedies available.** In addition to the penalties provided in this chapter, the violation of any of the provisions of this Code or of any other ordinance of the city shall constitute a nuisance and may be abated by the city through civil process by means of a restraining order, preliminary or permanent injunction, or in any other manner provided by law. In addition to any other relief, the city may recover: reasonable attorneys' fees and costs incurred in any enforcement or legal action commenced to abate any nuisance pursuant to any provision of this Code, declared nuisances as described in Section 8.20.040 of this Code, any other described nuisance elsewhere in the code, by other ordinance of the city, or by other law..."

**CCMC –Chapter 1.17 – Administrative Enforcement,** states in pertinent part, as follows:

"... The city council has determined that the enforcement of this Code, any uniform or other code it adopts by reference, and any other ordinance of the city is an important public service and is vital to the protection. of the public's health, safety and quality of life. The city council has determined that there is a need for alternative methods of code enforcement and that a comprehensive code enforcement system includes criminal, civil and administrative remedies..."

"... An enforcement officer may record with the Los Angeles County Registrar Recorder a notice against a property which is the subject of an administrative enforcement action to give notice to potential transferees of the property of code violations thereon. A notice of pending administration action shall be on a form approved by the city manager and shall describe the nature of the administrative action and refer to the code provision governing the pending administrative action..."

**CCMC – Chapter 1.18 – Recordation of Notices; recovery of Attorney's Fees,** states, in pertinent part, as follows:

*City of Calabasas*        *100 Civic Center Way, Calabasas, California  91302*        *818.224.1600*

September 16, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 6 of 15

"... If the city determines that any property, building or structure, or any part thereof, is in violation of any provision of the Calabasas Municipal Code and said violation has not been fully abated or corrected, as determined by the city, in the manner and time provided in a written notice to a responsible person, then the city, in its sole discretion, may record a "Declaration of Substandard Property" with the Los Angeles County Recorder's Office against said premises. As used herein, "fully abated or corrected" includes the procurement of all required city and/or county approvals, permits, licenses and the passage of all required inspections. This subsection shall supersede any provision of the Calabasas Municipal Code that conflicts with it..."

"... All activities, conditions and uses on real property that violate the Calabasas Municipal Code, or that violate any approval, entitlement, license or permit issued pursuant thereto, as well as a responsible person's failure to complete actions in connection with real property that are required by the Calabasas Municipal Code or by a public official in implementing a regulation or other provision in the Calabasas Municipal, are public nuisances by definition and declaration. If the city determines that a public nuisance is being committed or maintained on real property and said public nuisance has not been fully abated or corrected, as determined by the city, in the manner and time provided in a written notice to a responsible person, then the city, in its sole discretion, may record a "Declaration of Public Nuisance." The definition of "public nuisance" in this subsection shall supersede any provision of the Calabasas Municipal Code that conflicts with it..."

**State of California Health and Safety Code** Section 19132.5 states, in pertinent part, as follows:

"... Where work for which a permit is required by this chapter is started or proceeded with prior to the obtaining of such permit, the fees prescribed in Section 19132.3 **shall be doubled**. The payment of such double fee does not relieve any person from fully complying with the requirements of this chapter in the execution of the work..."

"... The preparation of plans, specifications, or instruments of service for any building, except the buildings described in Section 5537, by any person who is not licensed to practice architecture in this state, is a misdemeanor punishable as provided in Section 5536..."

**CCMC – Title 15 [Buildings and Construction]**
**California Code of Regulations – Title 24 2019 California Building Standards Code**

California Code of Regulations – Title 24, the 2019 California Building Standards Code Volume 1 -12 is the official compilation and triennial publication of the adoptions, amendments and repeal of regulations also referred to as the California Building Standards Code.

September 16, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 7 of 15

Due to the lack of securing building permits and inspection approvals, the unlawful construction at the subject premises are in violation of the following applicable volumes of the 2019 California Building Standards Code:

Part 2 - California Residential Building Code ("CRBC")

Part 3 - California Electrical Code ("CEC")

Part 4 - California Mechanical Code ("CMC")

Part 5 - California Plumbing Code ("CPC")

Part 6 - California Energy Code ("Energy Code")

## VIOLATION 1.

**Building permits required – Building inspections required.**

CRBC 1.8.4.1, states in pertinent part:

"... Any owner or owners authorized agent who intends to construct, enlarge, alter, repair, move, demolish ... or ... alter, repair remove, convert or replace any **electrical, gas, mechanical system ... shall first make application to the building official and obtain the required permit...**"

CRBC Section 1.8.4.4 states, in pertinent part, as follows:

"... Construction of work for which a permit is required shall be subject to inspections by the building official and such construction shall remain accessible and exposed for inspection purposes until approved..."

## VIOLATION 2.

**Electrical Permits required - Electrical Inspections required.**

Electrical raceways and conductors were installed prior to securing an electrical permit. CEC Article 89.108.4.1 states, in pertinent part, as follows:

"... Except as exempted in paragraph (b) of this subsection, a written construction permit shall be obtained from the enforcing agency prior to the erection, construction, reconstruction installation, movement, or alteration of any electrical system..."

September 16, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 8 of 15

An electrical inspection of the raceways and wiring is mandatory. The inspection shall be based upon information detailed in the rehabilitation permit applications and construction plans. CEC Article 89.108.4.4 states, in pertinent part:

> "... Construction or work for which a permit is required shall be subject to inspection by the building official..."

## VIOLATION 3.

**Mechanical permits required – Mechanical inspections required.**

Mechanical systems were relocated or altered prior to securing a mechanical permit. CMC Article 1.8.4 states, in pertinent part, as follows:

> "... A written construction permit shall be obtained from the enforcing agency prior to the erection, construction, reconstruction, installation, relocation, or alteration of any mechanical system..."

A mechanical inspection of the ductwork and equipment is required. The inspection shall be based upon information detailed in the rehabilitation permit applications and construction plans. CMC Article 1.8.4.4 states, in pertinent part, as follows:

> "... Construction or work for which a permit is required shall be subject to inspection by the building official..."

## VIOLATION 4.

**Plumbing permits required – plumbing inspections required.**

Plumbing systems were relocated or altered prior to securing a plumbing permit. CPC Article 1.8.4 states, in pertinent part, as follows:

> "... A written construction permit shall be obtained from the enforcing agency prior to the erection, construction, reconstruction, installation, relocation, or alteration of any plumbing system..."

An inspection of the plumbing systems (hot/cold water supply, gas piping, drain/waste/vent systems) in the unlawful tenant spaces was not performed with the benefit of approved construction drawings. CPC Article 103.5 entitled [Inspections] states in pertinent part:

> "... Plumbing systems for which a permit is required by this code shall be inspected by the Authority Having Jurisdiction..."

*City of Calabasas*      *100 Civic Center Way, Calabasas, California  91302*      *818.224.1600*

September 16, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 9 of 15

---

## VIOLATION 5.

### Unlawful acts – unlawful maintenance.

The subject premises is maintained and occupied unlawfully.

CRBC Section 113.1 states, in pertinent part, as follows:

> "… It shall be unlawful for any person … to alter, extend, repair … or occupy any structure …regulated by this code … or cause same to be done, in conflict with or in violation of this code …"

**International Property Maintenance Code** the following sections state, in pertinent part, as follows:

102.2 "… Equipment, systems, devices and safeguards required by this code or a previous regulation or code under which the structure or premises was constructed, altered or repaired shall be maintained in good working order. No owner, owner's authorized agent, operator or occupant shall cause any service, facility, equipment or utility that is required under this section to be removed from, shut off from or discontinued for any occupied dwelling … the owner or the owner's authorized agent shall be responsible for the maintenance of buildings, structures and premises…"

106.1 Unlawful acts. It shall be unlawful for a person, firm or corporation to be in conflict with or in violation of any of the provisions of this code.

106.3 Prosecution of violation. Any person failing to comply with a notice of violation or order served in accordance with Section 107 shall be deemed guilty of a misdemeanor or civil infraction as determined by the local municipality, and the violation shall be deemed a strict liability offense. If the notice of violation is not complied with, the code official shall institute the appropriate proceeding at law or in equity to restrain, correct or abate such violation, or to require the removal or termination of the unlawful occupancy of the structure in violation of the provisions of this code or of the order or direction made pursuant thereto. Any action taken by the authority having jurisdiction on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

106.4 Violation penalties. Any person who shall violate a provision of this code, or fail to comply therewith, or with any of the requirements thereof, shall be prosecuted within the limits provided by state or local laws. Each day that a violation continues after due notice has been served shall be deemed a separate offense.

106.5 Abatement of violation. The imposition of the penalties herein prescribed shall not preclude the legal officer of the jurisdiction from instituting appropriate action to restrain, correct or abate a violation, or to prevent illegal occupancy of a building, structure or premises, or to stop an illegal act, conduct, business or utilization of the building, structure or premises.

September 16, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 10 of 15

---

108.1.4 Unlawful structure. An unlawful structure is one found in whole or in part to be occupied by more persons than permitted under this code, or was erected, _altered_ or occupied contrary to law ..."

### VIOLATION 6.

**CCMC Section 17.01.040 Applicability of the development code**, states, in pertinent part, as follows:

"... New Land Uses or Structures—Changes to Existing Land Uses or Structures. It is unlawful, and a violation of this development code, for any person to establish, construct, reconstruct, alter, maintain, or replace any use of land or structure, except in compliance with the requirements of this Code..."

**CCMC Section 17.80.020 – Violations**, states, in pertinent part, as follows:

"... Any structure or use which is established, operated, erected, moved, altered, enlarged or maintained, contrary to the provisions of this development code or any applicable condition of approval is hereby declared to be unlawful and a public nuisance. This subsection shall also apply, without limitation, to any improved or unimproved land that is altered, graded or maintained in violation of this development code..."

"... Any person, partnership, firm or corporation, whether as principal, agent, employee or otherwise, violating or failing to comply with any provision(s) of this development code or any condition imposed on any entitlement, development permit, map or license, shall be subject to the sanctions that are set forth in Section 1.16.010 of this Code..."

"... Any construction in violation of this development code or any condition(s) imposed on a permit shall be subject to the issuance of a stop work order. Any violation of a stop work order shall constitute a misdemeanor.

**CCMC Section 17.13.020 - Residential district general development standards**, States, in pertinent part, as follows:

" ... General Site Planning and Development Standards. Subdivisions, new land uses and structures, intensifications and _alterations to existing_ land uses and _structures_, shall be designed and constructed in compliance with the following requirements ..." (See Table 2-5, 10 feet minimum required)

**VIOLATION 7.** See _https://codes.iccsafe.org/content/CRC2019P3/appendix-v-swimming-pool-safety-act_

---

_City of Calabasas_        _100 Civic Center Way, Calabasas, California  91302_        _818.224.1600_

September 16, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 11 of 15

## APPENDIX 2

## Photographs



September 16, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 12 of 15



September 16, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 13 of 15



September 16, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 14 of 15



September 16, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 15 of 15



- - - - - End of document - - - - -



# CITY of CALABASAS

## NOTICE OF VIOLATION

Code Enforcement Case Number CE1703154

October 1, 2021

**To:** Salmassina, LLC
Artur Nazaryan,
5913 Colfax Ave
Valley Village, CA 91601-1016 [Responsible Person[1]]

**Re:** **NOTICE OF VIOLATION**
24336 La Masina Court, Calabasas CA 91302
**This is a Notice of Violation ("NOV")** and Notice of pending Administrative Enforcement. The date of this document is the date of NOV issuance.

**Section 1     Observations and determinations.**

**REHABILITATION CONSTRUCTION PERMITS ARE REQUIRED.**

The subject property underwent an interior remodel without the benefit of Building and Safety Inspection Approvals. Permits that were secured, expired by time limitations (see attachments).

---

[1] The City of Calabasas Municipal Code ("CCMC") Defines "Responsible person," which means any of the following:

"... A person who, by action or inaction, causes, maintains, permits or allows a code violation ... A person whose agent, employee, or independent contractor, by action or inaction, causes, maintains, permits or allows a code violation... An owner of real property on which a code violation occurs ... A lessee or sublessee with the current right of possession of real property on which a code violation occurs ... A person that uses real property on which a code violation occurs ... An on-site manager who regularly works on real property on which a violation occurs and who is responsible for the business or other activities on that real property ... The owners, majority stockholders, corporate officers, trustees, general partners and any other person with the authority to act for a legal entity that is a responsible person under subsections ... above..."

*City of Calabasas*     *100 Civic Center Way, Calabasas, California  91302*     *818.224.1600*

October 1, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 2 of 15

Hardscape and landscape encroachment improvements are present into adjacent vacant parcel APN 2069-033-061 (owned by the Vista Pointe Owners Association) and the swimming pool barrier for the swimming pool was removed.

Swimming pool has been remolded.

**Section 2.        Violations[2]**

> **Violation 1**
>
> > Building permits required – Building inspections required.
>
> **Violation 2**
>
> > Electrical permits required – Electrical inspections required.
>
> **Violation 3**
>
> > Mechanical permits required - Mechanical inspections required.
>
> **Violation 4**
>
> > Plumbing permits required – Plumbing inspections required.
>
> **Violation 5**
>
> > Unlawful maintenance.
>
> **Violation 6**
>
> > Land Use and Development Code permit required.
>
> **Violation 7**
>
> > Swimming pool safety barrier removed.

**Section 3.        Single point of communications - designated licensed professional.
                   Corrective measures required.**

---

[2] See Appendix 1 for pertinent code citations and passages.

*City of Calabasas*        *100 Civic Center Way, Calabasas, California  91302*        *818.224.1600*

October 1, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 3 of 15

---

**Deadlines.**

**The property owner <u>shall designate a licensed professional to analyze the property and communicate with the City.</u>**

**Spontaneous visits to the Permit Center, emails, or telephone calls from persons not recognized as the designated licensed professional– <u>will not be responded to by staff.</u>**

In order to secure the permits, rehabilitation building permit applications and construction plans are required to be submitted to Building and Safety for Code Enforcement plan check review.

Should the designated licensed professional desire to glean more information from Building and Safety, singular questions will not be answered and staff will not engage in a series of email responses.

Impromptu phone calls or visits to the permit center will not be entertained by City staff.

The designated licensed professional may prepare an organized comprehensive list of questions. The list shall demonstrate they have analyzed the public records, <u>performed a site visit</u>, and analyzed all the conditions in their entirety.

The list will be reviewed by Code Enforcement, if deemed complete, a detailed email response will be provided. The list may be sent by email to the following:

    email:   [tempbd@cityofcalabasas.com](mailto:tempbd@cityofcalabasas.com)

    mail:    City of Calabasas Building and Safety
            Attention "Code Enforcement"
            100 Civic Center Way, Calabasas, California 91302

**Deadline – By no later than October 8, 2021 –** Designate a licensed professional as the single point of contact and submit the person's contact information via email, or letter, to Code Enforcement via one of the methods listed above.

**Deadline – By no later than October 21, 2021 –** Submit <u>all</u> Rehabilitation Building Permit applications, and rehabilitation construction plans for Building and Safety "Code Enforcement" Plan Check Review.

**Deadline – By no later than November 25, 2021 –** Secure inspection approvals of all work.

**Section 4.**      **Consequences for failure to comply with any deadline established in Section 3 of this Notice.**

If you disregard any of the deadlines in Section 3 above, Building and Safety may submit a Declaration of Public Nuisance and/or a Declaration of Substandard Property for the subject premises to the Los Angeles

---

October 1, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 4 of 15

County Recorder's Office for recordation. The declaration(s) would be recorded to give notice to persons who may subsequently acquire a legal interest in the subject premises of failure to complete one or more of the required actions as stated in this Notice. The declaration(s) are not intended to, and does not, alter the requirements of the CCMC.

Administrative Citations may be issued with fines that sequentially escalate to $500 per violation per each and every day the violation/s continue to exist.

Building and Safety may also place a hold on any future improvement permit applications until all violations are mitigated with permanent measures implemented to the satisfaction of the Building and Safety Division.

The City's remedies are not exclusive and may be concurrently exercised.

Sincerely,

Gabriel Endreola
Building Inspector / Code Enforcement Officer,

Copy via email:
    Community Development Director
    Building Official
    City Planner
    Permit Center Staff
    Building Inspection Staff
    Code Enforcement Staff

Copy by US Mail
    Vista Pointe Owners Association
    PO Box 8782
    Calabasas, CA 91372

Attachments: Expired Building Permits

**APPENDIX ONE**

**Code Citations**

**City of Calabasas Municipal Code ("CCMC") – Chapter 1.16 – General Penalty** - states, in pertinent part, as follows:

"… **Violation—Deemed misdemeanor.** Except as otherwise provided, every person who violates any provision or who fails to comply with any of the requirements of this Code or any other ordinance of the city is guilty of a misdemeanor unless the offense is specifically classified in the code or by

*City of Calabasas*        *100 Civic Center Way, Calabasas, California  91302*        *818.224.1600*

October 1, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 5 of 15

state law as an infraction, or the city prosecutor reduces the charge to an infraction in the interests of justice, in which case the person shall be guilty of an infraction. Each such person shall be deemed guilty of a separate offense for each and every day or any portion thereof during which any violation of any of the provisions of said code or ordinance is committed, continued or permitted by such person and shall be deemed punishable therefor as provided in this Code…"

"… **Civil remedies available.** In addition to the penalties provided in this chapter, the violation of any of the provisions of this Code or of any other ordinance of the city shall constitute a nuisance and may be abated by the city through civil process by means of a restraining order, preliminary or permanent injunction, or in any other manner provided by law. In addition to any other relief, the city may recover: reasonable attorneys' fees and costs incurred in any enforcement or legal action commenced to abate any nuisance pursuant to any provision of this Code, declared nuisances as described in Section 8.20.040 of this Code, any other described nuisance elsewhere in the code, by other ordinance of the city, or by other law…"

**CCMC –Chapter 1.17 – Administrative Enforcement,** states in pertinent part, as follows:

"… The city council has determined that the enforcement of this Code, any uniform or other code it adopts by reference, and any other ordinance of the city is an important public service and is vital to the protection of the public's health, safety and quality of life. The city council has determined that there is a need for alternative methods of code enforcement and that a comprehensive code enforcement system includes criminal, civil and administrative remedies…"

"… An enforcement officer may record with the Los Angeles County Registrar Recorder a notice against a property which is the subject of an administrative enforcement action to give notice to potential transferees of the property of code violations thereon. A notice of pending administration action shall be on a form approved by the city manager and shall describe the nature of the administrative action and refer to the code provision governing the pending administrative action…"

**CCMC – Chapter 1.18 – Recordation of Notices; recovery of Attorney's Fees,** states, in pertinent part, as follows:

"… If the city determines that any property, building or structure, or any part thereof, is in violation of any provision of the Calabasas Municipal Code and said violation has not been fully abated or corrected, as determined by the city, in the manner and time provided in a written notice to a responsible person, then the city, in its sole discretion, may record a "Declaration of Substandard Property" with the Los Angeles County Recorder's Office against said premises. As used herein, "fully abated or corrected" includes the procurement of all required city and/or county approvals, permits, licenses and the passage of all required inspections. This subsection shall supersede any provision of the Calabasas Municipal Code that conflicts with it…"

*City of Calabasas*        *100 Civic Center Way, Calabasas, California  91302*        *818.224.1600*

October 1, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 6 of 15

_____

"... All activities, conditions and uses on real property that violate the Calabasas Municipal Code, or that violate any approval, entitlement, license or permit issued pursuant thereto, as well as a responsible person's failure to complete actions in connection with real property that are required by the Calabasas Municipal Code or by a public official in implementing a regulation or other provision in the Calabasas Municipal, are public nuisances by definition and declaration. If the city determines that a public nuisance is being committed or maintained on real property and said public nuisance has not been fully abated or corrected, as determined by the city, in the manner and time provided in a written notice to a responsible person, then the city, in its sole discretion, may record a "Declaration of Public Nuisance." The definition of "public nuisance" in this subsection shall supersede any provision of the Calabasas Municipal Code that conflicts with it..."

**State of California Health and Safety Code** Section 19132.5 states, in pertinent part, as follows:

"... Where work for which a permit is required by this chapter is started or proceeded with prior to the obtaining of such permit, the fees prescribed in Section 19132.3 **shall be doubled**. The payment of such double fee does not relieve any person from fully complying with the requirements of this chapter in the execution of the work..."

"... The preparation of plans, specifications, or instruments of service for any building, except the buildings described in Section 5537, by any person who is not licensed to practice architecture in this state, is a misdemeanor punishable as provided in Section 5536..."

**CCMC – Title 15 [Buildings and Construction]**
**California Code of Regulations – Title 24 2019 California Building Standards Code**

California Code of Regulations – Title 24, the 2019 California Building Standards Code Volume 1 -12 is the official compilation and triennial publication of the adoptions, amendments and repeal of regulations also referred to as the California Building Standards Code.

Due to the lack of securing building permits and inspection approvals, the unlawful construction at the subject premises are in violation of the following applicable volumes of the 2019 California Building Standards Code:

Part 2 - California Residential Building Code ("CRBC")

Part 3 - California Electrical Code ("CEC")

Part 4 - California Mechanical Code ("CMC")

Part 5 - California Plumbing Code ("CPC")

October 1, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 7 of 15

Part 6 - California Energy Code ("Energy Code")

## VIOLATION 1.

**Building permits required – Building inspections required.**

CRBC 1.8.4.1, states in pertinent part:

"... Any owner or owners authorized agent who intends to construct, enlarge, alter, repair, move, demolish ... or ... alter, repair remove, convert or replace any **electrical, gas, mechanical system ... shall first make application to the building official and obtain the required permit**..."

CRBC Section 1.8.4.4 states, in pertinent part, as follows:

"... Construction of work for which a permit is required shall be subject to inspections by the building official and such construction shall remain accessible and exposed for inspection purposes until approved..."

## VIOLATION 2.

**Electrical Permits required - Electrical Inspections required.**

Electrical raceways and conductors were installed prior to securing an electrical permit. CEC Article 89.108.4.1 states, in pertinent part, as follows:

"... Except as exempted in paragraph (b) of this subsection, a written construction permit shall be obtained from the enforcing agency prior to the erection, construction, reconstruction installation, movement, or alteration of any electrical system..."

An electrical inspection of the raceways and wiring is mandatory. The inspection shall be based upon information detailed in the rehabilitation permit applications and construction plans. CEC Article 89.108.4.4 states, in pertinent part:

"... Construction or work for which a permit is required shall be subject to inspection by the building official..."

## VIOLATION 3.

**Mechanical permits required – Mechanical inspections required.**

Mechanical systems were relocated or altered prior to securing a mechanical permit. CMC Article 1.8.4 states, in pertinent part, as follows:

October 1, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 8 of 15

___

"… A written construction permit shall be obtained from the enforcing agency prior to the erection, construction, reconstruction, installation, relocation, or alteration of any mechanical system…"

A mechanical inspection of the ductwork and equipment is required. The inspection shall be based upon information detailed in the rehabilitation permit applications and construction plans. CMC Article 1.8.4.4 states, in pertinent part, as follows:

"… Construction or work for which a permit is required shall be subject to inspection by the building official…"

## VIOLATION 4.

**Plumbing permits required – plumbing inspections required.**

Plumbing systems were relocated or altered prior to securing a plumbing permit. CPC Article 1.8.4 states, in pertinent part, as follows:

"… A written construction permit shall be obtained from the enforcing agency prior to the erection, construction, reconstruction, installation, relocation, or alteration of any plumbing system…"

An inspection of the plumbing systems (hot/cold water supply, gas piping, drain/waste/vent systems) in the unlawful tenant spaces was not performed with the benefit of approved construction drawings. CPC Article 103.5 entitled [Inspections] states in pertinent part:

"… Plumbing systems for which a permit is required by this code shall be inspected by the Authority Having Jurisdiction…"

## VIOLATION 5.

**Unlawful acts – unlawful maintenance.**

The subject premises is maintained and occupied unlawfully.

CRBC Section 113.1 states, in pertinent part, as follows:

"… It shall be unlawful for any person … to alter, extend, repair … or occupy any structure …regulated by this code … or cause same to be done, in conflict with or in violation of this code …"

**International Property Maintenance Code** the following sections state, in pertinent part, as follows:

*City of Calabasas        100 Civic Center Way, Calabasas, California  91302          818.224.1600*

October 1, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 9 of 15

102.2 "... Equipment, systems, devices and safeguards required by this code or a previous regulation or code under which the structure or premises was constructed, altered or repaired shall be maintained in good working order. No owner, owner's authorized agent, operator or occupant shall cause any service, facility, equipment or utility that is required under this section to be removed from, shut off from or discontinued for any occupied dwelling ... the owner or the owner's authorized agent shall be responsible for the maintenance of buildings, structures and premises..."

106.1 Unlawful acts. It shall be unlawful for a person, firm or corporation to be in conflict with or in violation of any of the provisions of this code.

106.3 Prosecution of violation. Any person failing to comply with a notice of violation or order served in accordance with Section 107 shall be deemed guilty of a misdemeanor or civil infraction as determined by the local municipality, and the violation shall be deemed a strict liability offense. If the notice of violation is not complied with, the code official shall institute the appropriate proceeding at law or in equity to restrain, correct or abate such violation, or to require the removal or termination of the unlawful occupancy of the structure in violation of the provisions of this code or of the order or direction made pursuant thereto. Any action taken by the authority having jurisdiction on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

106.4 Violation penalties. Any person who shall violate a provision of this code, or fail to comply therewith, or with any of the requirements thereof, shall be prosecuted within the limits provided by state or local laws. Each day that a violation continues after due notice has been served shall be deemed a separate offense.

106.5 Abatement of violation. The imposition of the penalties herein prescribed shall not preclude the legal officer of the jurisdiction from instituting appropriate action to restrain, correct or abate a violation, or to prevent illegal occupancy of a building, structure or premises, or to stop an illegal act, conduct, business or utilization of the building, structure or premises.
108.1.4 Unlawful structure. An unlawful structure is one found in whole or in part to be occupied by more persons than permitted under this code, or was erected, <u>altered</u> or occupied contrary to law ..."

**VIOLATION 6.**

**CCMC Section 17.01.040 Applicability of the development code,** states, in pertinent part, as follows:

"... New Land Uses or Structures—Changes to Existing Land Uses or Structures. It is unlawful, and a violation of this development code, for any person to establish, construct, reconstruct, alter, maintain, or replace any use of land or structure, except in compliance with the requirements of this Code..."

October 1, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 10 of 15

---

**CCMC Section 17.80.020 – Violations,** states, in pertinent part, as follows:

"... Any structure or use which is established, operated, erected, moved, altered, enlarged or maintained, contrary to the provisions of this development code or any applicable condition of approval is hereby declared to be unlawful and a public nuisance. This subsection shall also apply, without limitation, to any improved or unimproved land that is altered, graded or maintained in violation of this development code..."

"... Any person, partnership, firm or corporation, whether as principal, agent, employee or otherwise, violating or failing to comply with any provision(s) of this development code or any condition imposed on any entitlement, development permit, map or license, shall be subject to the sanctions that are set forth in Section 1.16.010 of this Code..."

"... Any construction in violation of this development code or any condition(s) imposed on a permit shall be subject to the issuance of a stop work order. Any violation of a stop work order shall constitute a misdemeanor.

**CCMC Section 17.13.020 - Residential district general development standards,** States, in pertinent part, as follows:

" ... General Site Planning and Development Standards. Subdivisions, new land uses and structures, intensifications and alterations to existing land uses and structures, shall be designed and constructed in compliance with the following requirements ..." (See Table 2-5, 10 feet minimum required)

**VIOLATION 7.** See *https://codes.iccsafe.org/content/CRC2019P3/appendix-v-swimming-pool-safety-act*

**APPENDIX 2**

**Photographs**

*City of Calabasas*      *100 Civic Center Way, Calabasas, California  91302*      *818.224.1600*

October 1, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 11 of 15



October 1, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 12 of 15



October 1, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 13 of 15



October 1, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 14 of 15



October 1, 2021

Notice of Violation – 24336 La Masina Court, Calabasas

Page 15 of 15



- - - - - End of document - - - - -

CITY *of* CALABASAS

# NOTICE OF VIOLATION
Code Enforcement Case Number CE1703154

**December 17, 2021**

**To:**   Artur Nazaryan [Member/Responsible Person[1]]
Salmassina, LLC [Property Owner/Responsible Person
5913 Colfax Ave
Valley Village, CA 91601-1016

Artur Nazaryan [Member/Responsible Person]
Salmassina, LLC
c/o Henry N. Jannol [Attorney & Agent for Service of Process]
10850 Wilshire Blvd., Suite 825
Los Angeles, 90024
Copy via email: hnj@smbgroup.com

Artur Nazaryan [Responsible Person]
8400 Wilshire Blvd Beverly Hills, CA 90211

**Re:**   **NOTICE OF VIOLATION**
24366 La Masina Court, Calabasas CA 91302

**This is a Notice of Violation ("NOV")** and Notice of pending Administrative Enforcement. The date of
this document is the date of NOV issuance.

---

[1] The City of Calabasas Municipal Code ("CCMC") Defines "Responsible person," which means any of the
following:

"... A person who, by action or inaction, causes, maintains, permits or allows a code violation ... A
person whose agent, employee, or independent contractor, by action or inaction, causes, maintains,
permits or allows a code violation... An owner of real property on which a code violation occurs ... A
lessee or sublessee with the current right of possession of real property on which a code violation
occurs ... A person that uses real property on which a code violation occurs ... An on-site manager
who regularly works on real property on which a violation occurs and who is responsible for the
business or other activities on that real property ... The owners, majority stockholders, corporate
officers, trustees, general partners and any other person with the authority to act for a legal entity
that is a responsible person under subsections ... above..."

*City of Calabasas*      *100 Civic Center Way, Calabasas, California 91302*      *818.224.1600*

December 17, 2021

Notice of Violation – 24366 La Masina Court, Calabasas

Page 2 of 15

---

**Section 1       Observations and determinations.**

**REHABILITATION CONSTRUCTION PERMITS ARE REQUIRED.**

The subject property underwent an interior remodel without the benefit of Building and Safety Inspection Approvals (see attachments . Permits that were secured, expired by time limitations).

Hardscape and landscape encroachment improvements are present into adjacent vacant parcel APN 2069-033-061 (owned by the Vista Pointe Owners Association) and the swimming pool barrier for the swimming pool was removed.

Swimming pool has been remolded.

**Section 2.       Violations[2]**

**Violation 1**

   Building permits required – Building inspections required.

**Violation 2**

   Electrical permits required – Electrical inspections required.

**Violation 3**

   Mechanical permits required - Mechanical inspections required.

**Violation 4**

   Plumbing permits required – Plumbing inspections required.

**Violation 5**

   Unlawful maintenance.

**Violation 6**

   Land Use and Development Code permit required.

**Violation 7**

---

[2] See Appendix 1 for pertinent code citations and passages.

*City of Calabasas*        *100 Civic Center Way, Calabasas, California  91302*        *818.224.1600*

December 17, 2021

Notice of Violation – 24366 La Masina Court, Calabasas

Page 3 of 15

---

Swimming pool safety barrier removed.

**Section 3.**     **Single point of communications - designated licensed professional.**
**Corrective measures required.**
**Deadlines.**

**The property owner <u>shall designate a licensed professional to analyze the property and communicate with the City.</u>**

**Spontaneous visits to the Permit Center, emails, or telephone calls from persons not recognized as the designated licensed professional– <u>will not be responded to by staff</u>.**

In order to secure the permits, rehabilitation building permit applications and construction plans are required to be submitted to Building and Safety for Code Enforcement plan check review.

Should the designated licensed professional desire to glean more information from Building and Safety, singular questions will not be answered and staff will not engage in a series of email responses.

Impromptu phone calls or visits to the permit center will not be entertained by City staff.

The designated licensed professional may prepare an organized comprehensive list of questions. The list shall demonstrate they have analyzed the public records, <u>performed a site visit</u>, and analyzed all the conditions in their entirety.

The list will be reviewed by Code Enforcement, if deemed complete, a detailed email response will be provided. The list may be sent by email to the following:

      email:   <u>tempbd@cityofcalabasas.com</u>

      mail:    City of Calabasas Building and Safety
              Attention "Code Enforcement"
              100 Civic Center Way, Calabasas, California 91302

**Deadline – By no later than December 31, 2021** – Designate a licensed professional as the single point of contact and submit the person's contact information via email, or letter, to Code Enforcement via one of the methods listed above.

**Deadline – By no later than January 14, 2022** –Submit <u>all</u> Rehabilitation Building Permit applications, and rehabilitation construction plans for Building and Safety "Code Enforcement" Plan Check Review.

**Deadline – By no later than January 21, 2022** – Secure inspection approvals of all work.

*City of Calabasas*        *100 Civic Center Way, Calabasas, California  91302*        *818.224.1600*

December 17, 2021

Notice of Violation – 24366 La Masina Court, Calabasas

Page 4 of 15

_____

**Section 4.       Consequences for failure to comply with any deadline established in Section 3 of this Notice.**

If you disregard any of the deadlines in Section 3 above, Building and Safety may submit a Declaration of Public Nuisance and/or a Declaration of Substandard Property for the subject premises to the Los Angeles County Recorder's Office for recordation. The declaration(s) would be recorded to give notice to persons who may subsequently acquire a legal interest in the subject premises of failure to complete one or more of the required actions as stated in this Notice. The declaration(s) are not intended to, and does not, alter the requirements of the CCMC.

Administrative Citations may be issued with fines that sequentially escalate to <u>$500 per violation per each and every day the violation/s continue to exist.</u>

Building and Safety may also place a hold on any future improvement permit applications until all violations are mitigated with permanent measures implemented to the satisfaction of the Building and Safety Division.

The City's remedies are not exclusive and may be concurrently exercised.

Sincerely,

Gabriel Endreola
Building Inspector / Code Enforcement Officer,

Copy via email:
     Community Development Director
     Building Official
     City Planner
     Permit Center Staff
     Building Inspection Staff
     Code Enforcement Staff

Copy by US Mail
     Vista Pointe Owners Association
     PO Box 8782
     Calabasas, CA 91372

Attachments: Expired Building Permits

December 17, 2021

Notice of Violation – 24366 La Masina Court, Calabasas

Page 5 of 15

---

**APPENDIX ONE**

**Code Citations**

**City of Calabasas Municipal Code ("CCMC") – Chapter 1.16 – General Penalty** - states, in pertinent part, as follows:

> "... **Violation—Deemed misdemeanor.** Except as otherwise provided, every person who violates any provision or who fails to comply with any of the requirements of this Code or any other ordinance of the city is guilty of a misdemeanor unless the offense is specifically classified in the code or by state law as an infraction, or the city prosecutor reduces the charge to an infraction in the interests of justice, in which case the person shall be guilty of an infraction. Each such person shall be deemed guilty of a separate offense for each and every day or any portion thereof during which any violation of any of the provisions of said code or ordinance is committed, continued or permitted by such person and shall be deemed punishable therefor as provided in this Code..."

> "... **Civil remedies available.** In addition to the penalties provided in this chapter, the violation of any of the provisions of this Code or of any other ordinance of the city shall constitute a nuisance and may be abated by the city through civil process by means of a restraining order, preliminary or permanent injunction, or in any other manner provided by law. In addition to any other relief, the city may recover: reasonable attorneys' fees and costs incurred in any enforcement or legal action commenced to abate any nuisance pursuant to any provision of this Code, declared nuisances as described in Section 8.20.040 of this Code, any other described nuisance elsewhere in the code, by other ordinance of the city, or by other law..."

**CCMC –Chapter 1.17 – Administrative Enforcement,** states in pertinent part, as follows:

> "... The city council has determined that the enforcement of this Code, any uniform or other code it adopts by reference, and any other ordinance of the city is an important public service and is vital to the protection of the public's health, safety and quality of life. The city council has determined that there is a need for alternative methods of code enforcement and that a comprehensive code enforcement system includes criminal, civil and administrative remedies..."

> "... An enforcement officer may record with the Los Angeles County Registrar Recorder a notice against a property which is the subject of an administrative enforcement action to give notice to potential transferees of the property of code violations thereon. A notice of pending administration action shall be on a form approved by the city manager and shall describe the nature of the administrative action and refer to the code provision governing the pending administrative action..."

**CCMC – Chapter 1.18 – Recordation of Notices; recovery of Attorney's Fees,** states, in pertinent part, as follows:

*City of Calabasas*          *100 Civic Center Way, Calabasas, California  91302*          *818.224.1600*

December 17, 2021

Notice of Violation – 24366 La Masina Court, Calabasas

Page 6 of 15

---

"... If the city determines that any property, building or structure, or any part thereof, is in violation of any provision of the Calabasas Municipal Code and said violation has not been fully abated or corrected, as determined by the city, in the manner and time provided in a written notice to a responsible person, then the city, in its sole discretion, may record a "Declaration of Substandard Property" with the Los Angeles County Recorder's Office against said premises. As used herein, "fully abated or corrected" includes the procurement of all required city and/or county approvals, permits, licenses and the passage of all required inspections. This subsection shall supersede any provision of the Calabasas Municipal Code that conflicts with it..."

"... All activities, conditions and uses on real property that violate the Calabasas Municipal Code, or that violate any approval, entitlement, license or permit issued pursuant thereto, as well as a responsible person's failure to complete actions in connection with real property that are required by the Calabasas Municipal Code or by a public official in implementing a regulation or other provision in the Calabasas Municipal, are public nuisances by definition and declaration. If the city determines that a public nuisance is being committed or maintained on real property and said public nuisance has not been fully abated or corrected, as determined by the city, in the manner and time provided in a written notice to a responsible person, then the city, in its sole discretion, may record a "Declaration of Public Nuisance." The definition of "public nuisance" in this subsection shall supersede any provision of the Calabasas Municipal Code that conflicts with it..."

**State of California Health and Safety Code** Section 19132.5 states, in pertinent part, as follows:

"... Where work for which a permit is required by this chapter is started or proceeded with prior to the obtaining of such permit, the fees prescribed in Section 19132.3 **shall be doubled**. The payment of such double fee does not relieve any person from fully complying with the requirements of this chapter in the execution of the work..."

"... The preparation of plans, specifications, or instruments of service for any building, except the buildings described in Section 5537, by any person who is not licensed to practice architecture in this state, is a misdemeanor punishable as provided in Section 5536..."

**CCMC – Title 15 [Buildings and Construction]**
**California Code of Regulations – Title 24 2019 California Building Standards Code**

California Code of Regulations – Title 24, the 2019 California Building Standards Code Volume 1 -12 is the official compilation and triennial publication of the adoptions, amendments and repeal of regulations also referred to as the California Building Standards Code.

December 17, 2021

Notice of Violation – 24366 La Masina Court, Calabasas

Page 7 of 15

---

Due to the lack of securing building permits and inspection approvals, the unlawful construction at the subject premises are in violation of the following applicable volumes of the 2019 California Building Standards Code:

Part 2 - California Residential Building Code ("CRBC")

Part 3 - California Electrical Code ("CEC")

Part 4 - California Mechanical Code ("CMC")

Part 5 - California Plumbing Code ("CPC")

Part 6 - California Energy Code ("Energy Code")

## VIOLATION 1.

**Building permits required – Building inspections required.**

CRBC 1.8.4.1, states in pertinent part:

"... Any owner or owners authorized agent who intends to construct, enlarge, alter, repair, move, demolish ... or ... alter, repair remove, convert or replace any **electrical, gas, mechanical system ... shall first make application to the building official and obtain the required permit...**"

CRBC Section 1.8.4.4 states, in pertinent part, as follows:

"... Construction of work for which a permit is required shall be subject to inspections by the building official and such construction shall remain accessible and exposed for inspection purposes until approved..."

## VIOLATION 2.

**Electrical Permits required - Electrical Inspections required.**

Electrical raceways and conductors were installed prior to securing an electrical permit. CEC Article 89.108.4.1 states, in pertinent part, as follows:

"... Except as exempted in paragraph (b) of this subsection, a written construction permit shall be obtained from the enforcing agency prior to the erection, construction, reconstruction installation, movement, or alteration of any electrical system..."

*City of Calabasas*        *100 Civic Center Way, Calabasas, California  91302*        *818.224.1600*

December 17, 2021

Notice of Violation – 24366 La Masina Court, Calabasas

Page 8 of 15

---

An electrical inspection of the raceways and wiring is mandatory. The inspection shall be based upon information detailed in the rehabilitation permit applications and construction plans. CEC Article 89.108.4.4 states, in pertinent part:

> "… Construction or work for which a permit is required shall be subject to inspection by the building official…"

## VIOLATION 3.

**Mechanical permits required – Mechanical inspections required.**

Mechanical systems were relocated or altered prior to securing a mechanical permit. CMC Article 1.8.4 states, in pertinent part, as follows:

> "… A written construction permit shall be obtained from the enforcing agency prior to the erection, construction, reconstruction, installation, relocation, or alteration of any mechanical system…"

A mechanical inspection of the ductwork and equipment is required. The inspection shall be based upon information detailed in the rehabilitation permit applications and construction plans. CMC Article 1.8.4.4 states, in pertinent part, as follows:

> "… Construction or work for which a permit is required shall be subject to inspection by the building official…"

## VIOLATION 4.

**Plumbing permits required – plumbing inspections required.**

Plumbing systems were relocated or altered prior to securing a plumbing permit. CPC Article 1.8.4 states, in pertinent part, as follows:

> "… A written construction permit shall be obtained from the enforcing agency prior to the erection, construction, reconstruction, installation, relocation, or alteration of any plumbing system…"

An inspection of the plumbing systems (hot/cold water supply, gas piping, drain/waste/vent systems) in the unlawful tenant spaces was not performed with the benefit of approved construction drawings. CPC Article 103.5 entitled [Inspections] states in pertinent part:

> "… Plumbing systems for which a permit is required by this code shall be inspected by the Authority Having Jurisdiction…"

December 17, 2021

Notice of Violation – 24366 La Masina Court, Calabasas

Page 9 of 15

## VIOLATION 5.

**Unlawful acts – unlawful maintenance.**

The subject premises is maintained and occupied unlawfully.

CRBC Section 113.1 states, in pertinent part, as follows:

> "... It shall be unlawful for any person ... to alter, extend, repair ... or occupy any structure ...regulated by this code ... or cause same to be done, in conflict with or in violation of this code ..."

**International Property Maintenance Code** the following sections state, in pertinent part, as follows:

102.2 "... Equipment, systems, devices and safeguards required by this code or a previous regulation or code under which the structure or premises was constructed, altered or repaired shall be maintained in good working order. No owner, owner's authorized agent, operator or occupant shall cause any service, facility, equipment or utility that is required under this section to be removed from, shut off from or discontinued for any occupied dwelling ... the owner or the owner's authorized agent shall be responsible for the maintenance of buildings, structures and premises..."

106.1 Unlawful acts. It shall be unlawful for a person, firm or corporation to be in conflict with or in violation of any of the provisions of this code.

106.3 Prosecution of violation. Any person failing to comply with a notice of violation or order served in accordance with Section 107 shall be deemed guilty of a misdemeanor or civil infraction as determined by the local municipality, and the violation shall be deemed a strict liability offense. If the notice of violation is not complied with, the code official shall institute the appropriate proceeding at law or in equity to restrain, correct or abate such violation, or to require the removal or termination of the unlawful occupancy of the structure in violation of the provisions of this code or of the order or direction made pursuant thereto. Any action taken by the authority having jurisdiction on such premises shall be charged against the real estate upon which the structure is located and shall be a lien upon such real estate.

106.4 Violation penalties. Any person who shall violate a provision of this code, or fail to comply therewith, or with any of the requirements thereof, shall be prosecuted within the limits provided by state or local laws. Each day that a violation continues after due notice has been served shall be deemed a separate offense.

106.5 Abatement of violation. The imposition of the penalties herein prescribed shall not preclude the legal officer of the jurisdiction from instituting appropriate action to restrain, correct or abate a violation, or to prevent illegal occupancy of a building, structure or premises, or to stop an illegal act, conduct, business or utilization of the building, structure or premises.

December 17, 2021

Notice of Violation – 24366 La Masina Court, Calabasas

Page 10 of 15

---

108.1.4 Unlawful structure. An unlawful structure is one found in whole or in part to be occupied by more persons than permitted under this code, or was erected, <u>altered</u> or occupied contrary to law ..."

**VIOLATION 6.**

**CCMC Section 17.01.040 Applicability of the development code,** states, in pertinent part, as follows:

"... New Land Uses or Structures—Changes to Existing Land Uses or Structures. It is unlawful, and a violation of this development code, for any person to establish, construct, reconstruct, alter, maintain, or replace any use of land or structure, except in compliance with the requirements of this Code..."

**CCMC Section 17.80.020 – Violations,** states, in pertinent part, as follows:

"... Any structure or use which is established, operated, erected, moved, altered, enlarged or maintained, contrary to the provisions of this development code or any applicable condition of approval is hereby declared to be unlawful and a public nuisance. This subsection shall also apply, without limitation, to any improved or unimproved land that is altered, graded or maintained in violation of this development code..."

"... Any person, partnership, firm or corporation, whether as principal, agent, employee or otherwise, violating or failing to comply with any provision(s) of this development code or any condition imposed on any entitlement, development permit, map or license, shall be subject to the sanctions that are set forth in Section 1.16.010 of this Code..."

"... Any construction in violation of this development code or any condition(s) imposed on a permit shall be subject to the issuance of a stop work order. Any violation of a stop work order shall constitute a misdemeanor.

**CCMC Section 17.13.020 - Residential district general development standards,** States, in pertinent part, as follows:

" ... General Site Planning and Development Standards. Subdivisions, new land uses and structures, intensifications and <u>alterations to existing</u> land uses and <u>structures,</u> shall be designed and constructed in compliance with the following requirements ..." (See Table 2-5, 10 feet minimum required)

**VIOLATION 7.** See *https://codes.iccsafe.org/content/CRC2019P3/appendix-v-swimming-pool-safety-act*

*City of Calabasas*        *100 Civic Center Way, Calabasas, California  91302*        *818.224.1600*

December 17, 2021

Notice of Violation – 24366 La Masina Court, Calabasas

Page 11 of 15

---

**APPENDIX 2**

**Photographs**



December 17, 2021

Notice of Violation – 24366 La Masina Court, Calabasas

Page 12 of 15



December 17, 2021

Notice of Violation – 24366 La Masina Court, Calabasas

Page 13 of 15



December 17, 2021

Notice of Violation – 24366 La Masina Court, Calabasas

Page 14 of 15



December 17, 2021

Notice of Violation – 24366 La Masina Court, Calabasas

Page 15 of 15



- - - - - End of document - - - - -