NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California   90071
(213) 488-9411   FAX:  (213) 488-9418
e-mail:  zamora3@aol.com

Chapter 7 Trustee

FILED & ENTERED

JUL 18 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Petulio    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. 1:25-bk-10617-MB |
| HOVHANNES NAZARYAN, | Chapter 7 |
| Debtor. | ORDER APPROVING STIPULATION BY AND BETWEEN TRUSTEE AND CREDITOR MEHRAN JAVAHERIAN TO RESOLVE SALE MOTION AND MOTION FOR RELIEF FROM STAY |
| | [docket entry no. 94] |
| | DATE:  July 16, 2025<br>TIME:   11:00 a.m.<br>CTRM:  303 |

The Court, having read and considered the Stipulation by and between Trustee and Creditor Mehran Javaherian to Resolve Sale Motion and Motion for Relief from Stay (the "Stipulation") [dkt. 94], and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is approved in its entirety.

# # # # #

Date: July 18, 2025

Martin R Barash
United States Bankruptcy Judge