United States Bankruptcy Court

Central District of California

In re:                                                                                                Case No. 25-10617-MB

Hovhannes Nazaryan                                                                    Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1                                        User: admin                                          Page 1 of 2

Date Rcvd: Jul 18, 2025                                Form ID: pdf042                                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

**Recip ID                      Recipient Name and Address**
db                        +  Hovhannes Nazaryan, 24366 La Masina Court, Calabasas, CA 91302-1402

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2025                                Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:

**Name                                Email Address**

Anita Khachikyan
                                on behalf of Debtor Hovhannes Nazaryan ak@khachlaw.com

Bruce P. Needleman
                                on behalf of Creditor Los Angeles Police Federal Credit Union attybpn@aol.com

Elan S Levey
                                on behalf of Creditor United States Of America elan.levey@usdoj.gov
                                usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov

Eryk R Escobar
                                on behalf of U.S. Trustee United States Trustee (SV) eryk.r.escobar@usdoj.gov

Michael G D'Alba
                                on behalf of Defendant Andrei Vanecian mgd@lnbyg.com

Nancy J Zamora (TR)
                                zamora3@aol.com  nzamora@ecf.axosfs.com

District/off: 0973-1                          User: admin                                    Page 2 of 2

Date Rcvd: Jul 18, 2025                       Form ID: pdf042                                 Total Noticed: 1

Raymond H. Aver
               on behalf of Creditor Mehran Javaherian ray@averlaw.com
               averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com

Raymond H. Aver
               on behalf of Interested Party Courtesy NEF ray@averlaw.com
               averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com

Sanaz Sarah Bereliani
               on behalf of Interested Party Courtesy NEF berelianilaw@gmail.com   chris@berelianilaw.com;r48595@notify.bestcase.com

Shannon A Doyle
               on behalf of Interested Party Courtesy NEF sdoyle@ghidottiberger.com   bknotifications@ghidottiberger.com

Shannon A Doyle
               on behalf of Creditor AmWest Funding Corporation sdoyle@ghidottiberger.com   bknotifications@ghidottiberger.com

United States Trustee (SV)
               ustpregion16.wh.ecf@usdoj.gov


TOTAL: 12

NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California   90071
(213) 488-9411   FAX:  (213) 488-9418
e-mail:  zamora3@aol.com

Chapter 7 Trustee

**FILED & ENTERED**

**JUL 18 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
BY Petulio   **DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No. 1:25-bk-10617-MB |
| | ) |
| HOVHANNES NAZARYAN, | ) Chapter 7 |
| | ) |
| Debtor. | ) ORDER APPROVING |
| | ) STIPULATION BY AND BETWEEN |
| | ) TRUSTEE AND CREDITOR |
| | ) MEHRAN JAVAHERIAN TO |
| | ) RESOLVE SALE MOTION AND |
| | ) MOTION FOR RELIEF FROM |
| | ) STAY |
| | ) |
| | ) [docket entry no. 94] |
| | ) |
| | ) DATE:  July 16, 2025 |
| | ) TIME:   11:00 a.m. |
| | ) CTRM:  303 |
| | ) |

The Court, having read and considered the Stipulation by and between Trustee and

Creditor Mehran Javaherian to Resolve Sale Motion and Motion for Relief from Stay (the

"Stipulation") [dkt. 94], and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is approved in its entirety.

# # # # #

Date: July 18, 2025

_____
Martin R Barash
United States Bankruptcy Judge