NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
633 West 5th Street, Suite 2600
Los Angeles, California   90071
(213) 488-9411   FAX:   (213) 488-9418
e-mail:  zamora3@aol.com
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No. 1:25-bk-10617-MB |
| | ) |
| HOVHANNES NAZARYAN, | ) Chapter 7 |
| | ) |
| Debtor. | ) CHAPTER 7 TRUSTEE'S REPORT |
| | ) OF SALE/SETTLEMENT |
| | ) |
| | ) [No Hearing Required] |

Nancy Hoffmeier Zamora, Chapter 7 Trustee ("Trustee") of the bankruptcy estate (the "Estate") in the above-captioned chapter 7 bankruptcy case (the "Case") of debtor Hovhannes Nazaryan ("Debtor") respectfully submits this report of sale/settlement between Trustee and Creditor Mehran Javaherian ("Creditor") set forth in that certain Stipulation By and Between Trustee and Creditor Mehran Javaherian to Resolve Sale Motion and Motion for Relief from Stay (the "Stipulation") [dkt. 94] that provides for a settlement payment of $120,000.00 (the "Settlement Payment") from Creditor to Trustee in exchange for, among other things, release of the Estate's interest in that certain real property commonly known as 24366 La Masina Court, Calabasas, California, 91302, identified as Los Angeles County Assessor's Parcel Number 2069-033-066 (the "Real Property") and certain personal property at the Real Property described in Debtor's schedules [dkt. no. 1] as "used housing goods".

Nazaryan/report of sale settlement

On July 18, 2025 the Court entered that certain Order Approving Stipulation By and Between Trustee and Creditor Mehran Javaherian to Resolve Sale Motion and Motion for Relief from Stay (the "Order") [dkt. 96].

Pursuant to the Stipulation and the Order, as of August 4, 2025, Trustee received and deposited the Settlement Payment in full.

DATED: August 7, 2025          /s/ Nancy Hoffmeier Zamora
                               Nancy Hoffmeier Zamora
                               Chapter 7 Trustee

Nazaryan/report of sale settlement

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 9007

A true and correct copy of the foregoing document entitled (*specify*):

**CHAPTER 7 TRUSTEE'S REPORT OF SALE/SETTLEMENT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 7, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.axosfs.com
Counsel for Debtor: Anita Khachikyan, ak@khachlaw.com
Counsel for Creditors': Raymond H. Aver ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com, katya@averlaw.com, jesus@averlaw.com; Sanaz Sarah Bereliani, berelianilaw@gmail.com, chris@berelianilaw.com, r48595@notify.bestcase.com; Shannon A. Doyle, sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com; Bruce P. Needleman, attybpn@aol.com; Elan S. Levey, elan.levey@usdoj.gov, julie.morales@usdoj.gov, caseview.ecf@usdoj.gov, usacac.tax@usdoj.gov
Counsel for Defendant Vanecian: Michael G. D'Alba, mgd@lnbyg.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On August 7, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.


Judge's copy waived per Judge's procedures

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 7, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 7, 2025 | Cynthia Casas | /s/ Cynthia Casas |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                            **F 9013-3.1.PROOF.SERVICE**