## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

In Re:                                    §
                                          §
Hovhannes Nazaryan                        §        Case No. 1:25-bk-10617-MB
                                          §
          Debtor                          §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Nancy J. Zamora, Esq. , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                     Assets Exempt: 38,750.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 64,864.01        Claims Discharged
                                                   Without Payment: 4,676,408.24

Total Expenses of Administration: 59,137.47

3) Total gross receipts of $125,001.48 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $1,000.00 (see **Exhibit 2**), yielded net receipts of $124,001.48 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,200,000.00 | $1,678,645.60 | $1,678,645.60 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 59,137.47 | 59,137.47 | 59,137.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 59,457.70 | 59,457.70 | 59,457.70 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 394,618.00 | 1,327,300.55 | 1,327,300.55 | 5,406.31 |
| **TOTAL DISBURSEMENTS** | $4,594,618.00 | $3,124,541.32 | $3,124,541.32 | $124,001.48 |

4) This case was originally filed under chapter 7 on 04/14/2025. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2026       By:/s/Nancy J. Zamora, Esq.
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Residential real property | 1110-000 | 119,000.00 |
| Household Goods | 1129-000 | 1,000.00 |
| Refunds | 1229-000 | 1.48 |
| Potential avoidance actions | 1241-000 | 5,000.00 |
| TOTAL GROSS RECEIPTS | | $125,001.48 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Hovhannes Nazaryan | Exemptions | 8100-002 | 1,000.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $1,000.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AmWest Funding Corp, 6 Pointe Drive Suite 300 Brea, CA 92821 | | 3,000,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Mehran Javaherian | 4110-000 | 1,200,000.00 | 1,678,645.60 | 1,678,645.60 | 0.00 |
| TOTAL SECURED CLAIMS | | | $4,200,000.00 | $1,678,645.60 | $1,678,645.60 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nancy J Zamora (Tr) | 2100-000 | NA | 9,450.07 | 9,450.07 | 9,450.07 |
| Nancy J Zamora (Tr) | 2200-000 | NA | 32,462.73 | 32,462.73 | 32,462.73 |
| Axos Bank | 2600-000 | NA | 105.91 | 105.91 | 105.91 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | 700.00 | 700.00 | 700.00 |
| SLBIGGS, A division of SingerLewak | 2990-000 | NA | 192.26 | 192.26 | 192.26 |
| SLBIGGS, A division of SingerLewak | 3410-000 | NA | 13,826.50 | 13,826.50 | 13,826.50 |
| The ONE Luxury Properties | 3510-000 | NA | 2,400.00 | 2,400.00 | 2,400.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $59,137.47 | $59,137.47 | $59,137.47 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Perla Kempenaar | 5100-000 | NA | 41,250.00 | 41,250.00 | 41,250.00 |
| 10 | Vista Pointe Owners Association | 5200-000 | NA | 1,311.50 | 1,311.50 | 1,311.50 |
| 1P | Franchise Tax Board | 5800-000 | NA | 16,896.20 | 16,896.20 | 16,896.20 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $59,457.70 | $59,457.70 | $59,457.70 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Affirm, Inc., Attn: Bankruptcy 650 California St, Fl 12 San Francisco, CA 94108 | | 206.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Affirm, Inc., Attn: Bankruptcy 650 California St, Fl 12 San Francisco, CA 94108 | | 450.00 | NA | NA | 0.00 |
| | Affirm, Inc., Attn: Bankruptcy 650 California St, Fl 12 San Francisco, CA 94108 | | 0.00 | NA | NA | 0.00 |
| | Ally Financial, Inc, Attn: Bankruptcy Po Box 380901 Bloomington, IL 55438 | | 0.00 | NA | NA | 0.00 |
| | Amwest Funding Corp, 6 Pointe Drive Brea, CA 92821 | | 0.00 | NA | NA | 0.00 |
| | AT&T Universal Citi Card, Attn: Bankruptcy Po Box 6500 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Bank of America, Attn: Bankruptcy 4909 Savarese Circle Tampa, FL 33634 | | 0.00 | NA | NA | 0.00 |
| | Bank of America, Attn: Bankruptcy Nc4-105-03-14 Pob 26012 Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware, Attn: Bankruptcy Po Box 8801 Wilmington, DE 19899 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Capital One, Attn: Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Chase Auto Finance, Attn: Bankruptcy 700 Kansas Lane La Monroe, LA 71203 | | 159,396.00 | NA | NA | 0.00 |
| | Chase Card Services, Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Card Services, Attn: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Z Gallerie, Attn: Bankruptcy Po Box 182125 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Comenitybank/trwrdsv, Attn: Bankruptcy Po Box 182125 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Discover Financial, Attn: Bankruptcy Po Box 3025 New Albany, OH 43054 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Financial, Attn: Bankruptcy Po Box 3025 New Albany, OH 43054 | | 0.00 | NA | NA | 0.00 |
| | Goldman Sachs Bank USA, Attn: Bankruptcy Po Box 70379 Philadelphia, PA 19176 | | 7,031.00 | NA | NA | 0.00 |
| | Insurance Selfreported | | 0.00 | NA | NA | 0.00 |
| | Kia Motors Finance, Attn: Bankruptcy Po Box 20825 Fountain Valley, CA 92728 | | 4,154.00 | NA | NA | 0.00 |
| | Logix Federal Credit Union, Attn: Bankruptcy 2340 N Hollywood Way Burbank, CA 91505 | | 0.00 | NA | NA | 0.00 |
| | Mercedes - Benz Financial Services, Attn: Bankruptcy P.O. Box 685 Roanoke, TX 76262 | | 0.00 | NA | NA | 0.00 |
| | Mercedes - Benz Financial Services, Attn: Bankruptcy P.O. Box 685 Roanoke, TX 76262 | | 6,728.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NAVY FCU, Attn: Bankruptcy Po Box 3000 Merrifield, VA 22119 | | 176,549.00 | NA | NA | 0.00 |
| | PenFed CU, 2930 Eisenhower Ave Alexandria, VA 22314 | | 0.00 | NA | NA | 0.00 |
| | Pentagon Federal Credit Union, Attn: Bankruptcy 2930 Eisenhower Avenue Alexandria, VA 22314 | | 0.00 | NA | NA | 0.00 |
| | Syncb/ebay, Attn: Bankruptcy Po Box 965060 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Us Bank Na Retail Le, Attn: Bankruptcy 800 Nicollet Mall Minneapolis, MN 55402 | | 0.00 | NA | NA | 0.00 |
| | Us Bk Cacs, Attn: Bankruptcy Po Box 5229 Cincinnati, OH 45201 | | 0.00 | NA | NA | 0.00 |
| | Us Bk Cacs, Attn: Bankruptcy Po Box 5229 Cincinnati, OH 45201 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Volkswagen Credit, Inc, Attn: Bankruptcy 2200 Woodland Pointe Ave Herndon, VA 20171 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus Mac X2303-01a 3rd Floor Des Moines, IA 50328 | | 0.00 | NA | NA | 0.00 |
| 5 | Affirm, Inc. | 7100-000 | 851.00 | 1,508.77 | 1,508.77 | 6.15 |
| 1U | Franchise Tax Board | 7100-000 | NA | 9,609.28 | 9,609.28 | 39.14 |
| 3 | JPMorgan Chase Bank, N.A. | 7100-000 | 6,181.00 | 6,181.22 | 6,181.22 | 25.18 |
| 2 | So Cal Gas | 7100-000 | NA | 10,305.59 | 10,305.59 | 41.98 |
| 4 | Sofi Bank, National Association | 7100-000 | 5,930.00 | 5,930.41 | 5,930.41 | 24.16 |
| 6 | U.S. Attorney"s Office Asset Forfeiture & Recovery | 7100-000 | NA | 1,264,339.94 | 1,264,339.94 | 5,149.86 |
| 9 | Vista Pointe Owners Association | 7100-000 | NA | 2,282.50 | 2,282.50 | 9.29 |
| 7 | Wells Fargo Bank, N.A. | 7100-000 | 27,142.00 | 27,142.84 | 27,142.84 | 110.55 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $394,618.00 | $1,327,300.55 | $1,327,300.55 | $5,406.31 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 25-10617 | MB | Judge: | Martin R. Barash | Trustee Name: | Nancy J. Zamora, Esq. |

| Case Name: | Hovhannes Nazaryan | | | | Date Filed (f) or Converted (c): | 04/14/2025 (f) |
| | | | | | 341(a) Meeting Date: | 05/14/2025 |
| For Period Ending: | 04/15/2026 | | | | Claims Bar Date: | 07/21/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential real property | 2,800,000.00 | 63,250.00 | | 119,000.00 | FA |
| 2. Household Goods | 1,000.00 | 0.00 | | 1,000.00 | FA |
| 3. Electronics | 500.00 | 0.00 | | 0.00 | FA |
| 4. Clothes | 500.00 | 0.00 | | 0.00 | FA |
| 5. Potential avoidance actions (u) | Unknown | 5,000.00 | | 5,000.00 | FA |
| 6. Refunds (u) | Unknown | 1.48 | | 1.48 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $2,802,000.00 | $68,251.48 | | $125,001.48 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 8

PROP. #1:

Trustee, with the assistance of Estate Broker (defined below), evaluated Debtor's former residence commonly known as 24366 La Masina Court, Calabasas, California (the "Property").  Trustee commenced adversary proceeding no. 1:25-ap-01025-MB (the "First Adversary") against joint tenant (and Debtor's brother) Artur Nazaryan ("Artur") to sell the Property pursuant to section 363(h) of the Bankruptcy Code and for turnover of the Property.  On June 25, 2025, the Court entered a default judgment against Artur authorizing Trustee to sell the entire Property.  Trustee employed Special Counsel (defined below) who assisted Trustee to notice "invitees" to vacate the Property.  Trustee employed Estate Broker who listed and marketed the Property for sale.  Trustee opposed Debtor's motion to compel abandonment of the Property (the "Motion to Compel Abandonment").  Trustee negotiated a stipulation with the senior secured creditor, Los Angeles Police Federal Credit Union ("LAPFCU") for a carve-out for the Estate to be paid from the sale escrow for Trustee's sale of the Property.  On June 13, 2025, the Court entered that certain order approving the stipulation between Trustee and LAPFCU.  Trustee filed a motion for approval of the sale of the Property to buyer Avi Matatiaho and Minoo Kahen ("Buyer") for a sales price of $4,675,000.00 (the "Sales Price") , subject to overbid (the "Sale Motion").  Second trust deed holder ("2nd TD Holder") filed a motion for relief from stay (the "RFS Motion") and an opposition to the Sale Motion.  Trustee opposed the RFS Motion and replied to the opposition to the Sale Motion.  On July 16, 2025, the Court held the hearing (the "Hearing") on the Sale Motion, the RFS Motion, and the Motion to Compel Abandonment.  Trustee and 2nd TD Holder reached a settlement during the Hearing and stated terms on the record.  The Court continued the Hearing until July 18, 2025 to provide time for Trustee and 2nd TD Holder to prepare, execute, and file a stipulation for the Court's approval that resolved the Sale Motion, the RFS Motion, and the Motion to Compel Abandonment (the "Settlement Stipulation").  Among other things, the Settlement Stipulation provided for 2nd TD Holder to tender a payment of $120,000.00 (the "Settlement Payment") to Trustee on behalf of the Estate in exchange for transfer of the Estate's interest in the Property.  On July 18, 2025, the Court entered that certain order approving the Settlement Stipulation (the "Settlement Order").  On July 22, 2025, Trustee received a wire in the amount of $30,000.00 from 2nd TD Holder.  On August 4, 2025, Trustee received a wire in the amount of $90,000.00 from 2nd TD Holder for the balance of the Settlement Payment.

PROP. #5:

On May 19, 2025, Trustee commenced an adversary proceeding (the "Second Adversary") against defendant Andrre Vanecian ("Defendant"), for recovery of Debtor's fraudulent transfer of that certain real property commonly known as 3351 Coldwater Canyon Avenue, Studio City, California (the "Coldwater Property")  by a deed from Debtor to Defendant recorded on January 2, 2025 that Debtor failed to disclose in the Case.  Defendant denied the allegations and raised defenses.  Trustee obtained an appraisal of the Coldwater Property as of the date of the transfer that exceeded by $70,000.00 the sales price paid by Defendant to Debtor for the Coldwater Property.  Trustee and Defendant negotiated a settlement agreement (the "Settlement Agreement") that provided for Defendant to tender a settlement payment of $5,000.00 (the "Settlement Payment") to the Estate in exchange for dismissal of the Adversary Proceeding.  Trustee prepared a compromise motion (the "Compromise Motion") seeking the Court's order approving the Settlement Agreement, with a proposed overbid procedure for any party interested in purchasing the claims and substituting into the Second Adversary.  The hearing on the Compromise Motion was held on September 26, 2025.  On September 29, 2025, the Court entered that certain order approving the Compromise Motion.  On October 3, 2025, Trustee received a wire transfer in the amount of $5,000.00 to satisfy the Settlement Payment.  On October 8, 2025, the Court entered that certain order approving the parties' stipulation to dismiss the Second Adversary.

GENERAL COMMENTS:

On May 14, 2025, the Court entered that certain order approving Trustee's employment of The ONE Luxury Properties ("Estate Broker") to market and sell the Property.  On  July 3, 2025, the Court entered that certain order approving Trustee's employment of SLBiggs, a division of SingerLewak as Estate accountant ("Biggs").  Biggs prepared and Trustee filed final Estate tax returns. On May 27, 2025, the Court entered that certain order approving Trustee's employment of the Law Office of Brad S. Sures as special counsel ("Special Counsel").  Debtor filed a motion to dismiss the Case.  Trustee filed an opposition.  The Court denied the motion to dismiss by order entered August 13, 2025.  Trustee reviewed the claims register and claims.   Trustee did not object to any claims.  Trustee did not employ general bankruptcy counsel but, instead, performed all general bankruptcy legal work herself.  On November 14, 2025, Trustee prepared the TFR.

| RE PROP # | 1 | -- | 24366 La Masina Court, Calabasas, California.<br>Liens:  $4,600,000.00.<br>Exemption:  $36,750.00. |
|---|---|---|---|
| RE PROP # | 2 | -- | Used Housing Goods.<br>Exemption:  $1,000.00. |
| RE PROP # | 3 | -- | Used Electronics.<br>Exemption:  $500.00. |
| RE PROP # | 4 | -- | Used Personal Clothing.<br>Exemption:  $500.00. |
| RE PROP # | 5 | -- | Potential fraudulent conveyance action related to 3351 Coldwater Canyon, Studio City, California.<br>Exemption:  N/A. |
| RE PROP # | 6 | -- | Refund from Southern California Edison.<br>Exemption:  N/A. |

Initial Projected Date of Final Report (TFR): 03/31/2028          Current Projected Date of Final Report (TFR): 11/09/2025

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No: | 25-10617 | Trustee Name: | Nancy J. Zamora, Esq. | **Exhibit 9** |
| Case Name: | Hovhannes Nazaryan | Bank Name: | Axos Bank | |
| | | Account Number/CD#: | XXXXXX1594 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX4516 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 04/15/2026 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/22/25 | 1 | MEHRAN JAVAHERIAN | Initial Installment Payment of Settlement<br>Pursuant to Stipulation, Dkt. #94 and Order, Dkt. 96. | 1110-000 | $30,000.00 | | $30,000.00 |
| 07/23/25 | 2001 | City One Locksmith<br>P.O. Box 375<br>North Hollywood, CA 91603 | Locksmith Charge<br>Paid per stipulation and order entered July 18, 2025. | 2200-000 | | $629.00 | $29,371.00 |
| 07/23/25 | 2002 | Valley Preferred Services/Joe Ruiz<br>10038 Densmore Avenue<br>North Hills, CA 91343 | Pool service<br>Paid per stipulation and order entered July 18, 2025. | 2200-000 | | $750.00 | $28,621.00 |
| 07/23/25 | 2003 | Gonzalez Gardening Services<br>P.O. Box 3278<br>Winnetka, CA 91306 | Gardening service<br>Paid per stipulation and order entered July 18, 2025 | 2200-000 | | $6,355.00 | $22,266.00 |
| 07/23/25 | 2004 | ZAMORA & HOFFMEIER<br>U.S. BANK TOWER<br>633 WEST 5TH STREET, SUITE 2600<br>LOS ANGELES, CA  90071 | Trustee Expenses<br>Paid per stipulation and order entered July 18, 2025. | 2200-000 | | $7,428.39 | $14,837.61 |
| 07/25/25 | 2005 | Southern California Edison Company<br>P.O. Box 600<br>Rosemead, CA 91771-0002 | Utilities<br>Paid per stipulation and order entered July 18, 2025 | 2200-000 | | $839.09 | $13,998.52 |
| 07/26/25 | 2006 | Trustee Insurance Agency<br>P.O. Box 190<br>Vicksburg, MI  49097 | Trustee Expenses<br>Paid per stipulation and order entered July 18, 2025 | 2200-000 | | $12,672.12 | $1,326.40 |
| 07/28/25 | 2007 | Las Virgenes Municipal Water District<br>P.O. Box 4901<br>Whittier, CA 90607-4901 | Utilities<br>Final bill; acct. no. 0002100140;<br>Paid per stipulation and order entered July 18, 2025. | 2200-000 | | $601.95 | $724.45 |
| 08/01/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.68 | $713.77 |

| | | |
|---|---|---|
| Page Subtotals: | $30,000.00 | $29,286.23 |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 25-10617

Case Name: Hovhannes Nazaryan

Taxpayer ID No: XX-XXX4516

For Period Ending: 04/15/2026

Trustee Name: Nancy J. Zamora, Esq.

Bank Name: Axos Bank

Account Number/CD#: XXXXXX1594

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/04/25 | | Benjamin Javaherian | Final Settlement Payment per Order, Dkt. #96<br>Final installment of $90,000.00 (the "Final Installment") of the Settlement Payment.<br>BENJAMIN JAVAHERIAN<br>7009400001594<br>CASE NO 1 25 BK 10617 MB, ZAMORA (TR), NANCY J TRUSTEE<br>20250804I1B7031R018556<br>20250804MMQFMP9N<br>00065308041757<br>FT03 | | $90,000.00 | | $90,713.77 |
| | | | Gross Receipts $90,000.00 | | | | |
| | 1 | | Residential real property $89,000.00 | 1110-000 | | | |
| | 2 | | Household Goods $1,000.00 | 1129-000 | | | |
| 08/05/25 | 2008 | The ONE Luxury Properties | Broker Commission<br>Paid per stipulation and order entered July 18, 2025. | 3510-000 | | $2,400.00 | $88,313.77 |
| 08/10/25 | 2009 | Hovhannes Nazaryan<br>c/o Anita Khachikyan<br>Khach Law Group, PC<br>126 S. Jackson St., Suite 203<br>Glendale, CA 91205 | Exemption<br>Paid per stipulation and order entered July 18, 2025. | 8100-002 | | $1,000.00 | $87,313.77 |
| 09/02/25 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.23 | $87,218.54 |
| 10/03/25 | 5 | Andrei Vanecian | SETTLEMENT PAYMENT | 1241-000 | $5,000.00 | | $92,218.54 |
| 11/14/25 | 6 | Southern California Edison<br>P.O. Box 700<br>Rosemead, CA 91770 | Refund | 1229-000 | $1.48 | | $92,220.02 |

Page Subtotals: $95,001.48  $3,495.23

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 25-10617 | Trustee Name: Nancy J. Zamora, Esq. | Exhibit 9 |
| Case Name: Hovhannes Nazaryan | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX1594 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4516 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/15/2026 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/07/26 | 2010 | Nancy J Zamora (Tr) U.S. BANK TOWER 633 WEST 5TH STREET, SUITE 2600 LOS ANGELES, CA  90071 | Final distribution creditor account # representing a payment of 100.00% per court order. Paid per order entered January 7, 2026. | 2100-000 | | $9,450.07 | $82,769.95 |
| 01/07/26 | 2011 | Nancy J Zamora (Tr) U.S. BANK TOWER 633 WEST 5TH STREET, SUITE 2600 LOS ANGELES, CA  90071 | Final distribution creditor account # representing a payment of 9.82% per court order. Paid per order entered January 7, 2026. | 2200-000 | | $3,187.18 | $79,582.77 |
| 01/07/26 | 2012 | UNITED STATES BANKRUPTCY COURT San Fernando Valley Division 21041 Burbank Boulevard Woodland Hills, CA  91367 | Final distribution creditor account # representing a payment of 100.00% per court order. Paid per order entered January 7, 2026. | 2700-000 | | $700.00 | $78,882.77 |
| 01/07/26 | 2013 | SLBIGGS, A division of SingerLewak 10960 Wilshire Blvd., Suite 1100 Los Angeles, CA  90024 Attn:  Samuel R. Biggs | Final distribution creditor account # representing a payment of 100.00% per court order. Paid per order entered January 7, 2026. | 2990-000 | | $192.26 | $78,690.51 |
| 01/07/26 | 2014 | SLBIGGS, A division of SingerLewak 10960 Wilshire Blvd., Suite 1100 Los Angeles, CA  90024 Attn:  Samuel R. Biggs | Final distribution creditor account # representing a payment of 100.00% per court order. Paid per order entered January 7, 2026. | 3410-000 | | $13,826.50 | $64,864.01 |
| 01/07/26 | 2015 | Perla Kempenaar 845 Encino Way Monrovia, CA 91016 | Final distribution to claim 11 creditor account # representing a payment of 100.00% per court order. Paid per order entered January 7, 2026. | 5100-000 | | $41,250.00 | $23,614.01 |

| | | | | | Page Subtotals: | $0.00 | $68,606.01 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 25-10617 | Trustee Name: Nancy J. Zamora, Esq. |
| Case Name: Hovhannes Nazaryan | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX1594 |
| | Checking |
| Taxpayer ID No: XX-XXX4516 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/15/2026 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/07/26 | 2016 | Vista Pointe Owners Association c/o Ross Morgan & Company, Inc. 15315 Magnolia Boulevard, Suite 212 Sherman Oaks, CA 91403 | Final distribution to claim 10 creditor account #03283-001 representing a payment of 100.00% per court order. Paid per order entered January 7, 2026. | 5200-000 | | $1,311.50 | $22,302.51 |
| 01/07/26 | 2017 | Franchise Tax Board Bankruptcy Section MS A340 P.O. Box 2952 Sacramento CA 95812-2952 | Final distribution to claim 1 creditor account # representing a payment of 100.00% per court order. Paid per order entered January 7, 2026. | 5800-000 | | $16,896.20 | $5,406.31 |
| 01/07/26 | 2018 | Franchise Tax Board Bankruptcy Section MS A340 P.O. Box 2952 Sacramento CA 95812-2952 | Final distribution to claim 1 creditor account # representing a payment of 0.41% per court order. Paid per order entered January 7, 2026. | 7100-000 | | $39.14 | $5,367.17 |
| 01/07/26 | 2019 | So Cal Gas P.O. Box 30337 Los Angeles, CA 90030 | Final distribution to claim 2 creditor account # representing a payment of 0.41% per court order. Paid per order entered January 7, 2026. | 7100-000 | | $41.98 | $5,325.19 |
| 01/07/26 | 2020 | JPMorgan Chase Bank, N.A. S/B/M/T Chase Bank USA, N.A. c/o National Bankruptcy Services, LLC P.O. Box 9013 Addison, TX 75001 | Final distribution to claim 3 creditor account # representing a payment of 0.41% per court order. Paid per order entered January 7, 2026. | 7100-000 | | $25.18 | $5,300.01 |
| 01/07/26 | 2021 | Sofi Bank, National Association Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | Final distribution to claim 4 creditor account # representing a payment of 0.41% per court order. Paid per order entered January 7, 2026. | 7100-000 | | $24.16 | $5,275.85 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $18,338.16 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 25-10617 | Trustee Name: Nancy J. Zamora, Esq. | |
| Case Name: Hovhannes Nazaryan | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX1594 | |
| | Checking | |
| Taxpayer ID No: XX-XXX4516 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/15/2026 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/07/26 | 2022 | Affirm, Inc.<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, SC 29603-0587 | Final distribution to claim 5 creditor account # representing a payment of 0.41% per court order.<br>Paid per order entered January 7, 2026. | 7100-000 | | $6.15 | $5,269.70 |
| 01/07/26 | 2023 | U.S. Attorney"s Office Asset Forfeiture & Recovery<br>Attn: AUSA Robert Lester<br>312 N Spring St 11th Floor<br>Los Angeles, CA 90012 | Final distribution to claim 6 creditor account # representing a payment of 0.41% per court order.<br>Paid per order entered January 7, 2026. | 7100-000 | | $5,149.86 | $119.84 |
| 01/07/26 | 2024 | Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>Saint Louis Park, MN 55426-1063 | Final distribution to claim 7 creditor account # representing a payment of 0.41% per court order.<br>Paid per order entered January 7, 2026. | 7100-000 | | $110.55 | $9.29 |
| 01/07/26 | 2025 | Vista Pointe Owners Association<br>c/o Ross Morgan & Company, Inc.<br>15315 Magnolia Boulevard, Suite 212<br>Sherman Oaks, CA 91403 | Final distribution to claim 9 creditor account #03283-001 representing a payment of 0.41% per court order.<br>Paid per order entered January 7, 2026. | 7100-000 | | $9.29 | $0.00 |
| 04/08/26 | 2019 | So Cal Gas<br>P.O. Box 30337<br>Los Angeles, CA 90030 | Final distribution to claim 2 creditor account # representing a payment of 0.41% per court order. Reversal<br>Paid per order entered January 7, 2026. | 7100-000 | | ($41.98) | $41.98 |
| 04/08/26 | 2026 | Clerk, U.S. Bankruptcy Court | Final distribution to claim 2 creditor account # representing a payment of 0.41% per court order.<br>Paid per order entered January 7, 2026. | 7100-001 | | $41.98 | $0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $125,001.48 | $125,001.48 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Page Subtotals: | | $0.00 | $5,275.85 |

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

|                          | | |
|--------------------------|-----------|-----------|
| Subtotal                 | $125,001.48 | $125,001.48 |
| Less: Payments to Debtors | $0.00     | $1,000.00 |
| Net                      | $125,001.48 | $124,001.48 |

Exhibit 9

|                  | | |
|------------------|-------|-------|
| Page Subtotals:  | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1594 - Checking | $125,001.48 | $124,001.48 | $0.00 |
|  | $125,001.48 | $124,001.48 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $125,001.48 |
| Total Gross Receipts: | $125,001.48 |

Page Subtotals:                                    $0.00              $0.00