Anita Khachikyan, 271204
KHACH LAW GROUP, PC
126 S. Jackson St., Suite 203
Glendale, CA 91205
Tel. 818.243.8500
Fax. 866.577.6740
ak@khachlaw.com

Attorney for Debtor(s):
Hovhannes Nazaryan

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO DIVISION

| | |
|---|---|
| In re:<br><br>HOVHANNES NAZARYAN<br><br>Debtor | Case No.: 1:25-bk-10617 MB<br><br>**MOTION FOR ORDER PERMITTING SUBSTITUTION OF ATTORNEY AND AUTHORIZING DEBTOR TO PROCEED IN PRO PER**<br><br>**DATE: AUGUST 26, 2026**<br>**TIME: 11:00 AM**<br>**LOCATION: COURTROOM 303**<br>**ZoomGov audio and video.** |

## MOTION FOR ORDER PERMITTING SUBSTITUTION OF ATTORNEY AND AUTHORIZING DEBTOR TO PROCEED IN PRO PER

TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES TRUSTEE, TRUSTEE NANCY ZAMORA, AND OTHER INTERESTED PARTIES:

COMES NOW Debtor Hovhannes Nazaryan, by and through his counsel, Anita Khachikyan of Khach Law Group, PC, and respectfully moves this Honorable Court for entry of an order an permitting counsel to withdraw and allowing the Debtor to proceed **in propria persona** in this bankruptcy case.

MOTION FOR ORDER PERMITTING SUBSTITUTION OF
ATTORNEY AND AUTHORIZING DEBTOR TO PROCEED IN
PRO PER- 1

KHACH LAW GROUP, PC
126 S. JACKSON ST., SUITE 203
GLENDALE, CA 91205
TEL. 818.243.8500 · FAX. 866.577.6740

This motion is made pursuant to Local Bankruptcy Rule 2091-1, applicable Federal Rules of Bankruptcy Procedure, the Court's inherent authority to supervise attorneys appearing before it, and any other applicable authority.

This motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Counsel, the pleadings and records on file herein, and upon such further evidence and argument as may be presented at the hearing.

## MEMORANDUM OF POINTS AND AUTHORITIES

### INTRODUCTION

Counsel respectfully requests permission to withdraw as attorney of record because the attorney-client relationship has deteriorated to the point that continued representation is no longer feasible or effective.

The Debtor is currently incarcerated, significantly limiting meaningful communication between counsel and client. Despite counsel's repeated efforts to communicate and advise the Debtor regarding the administration of this bankruptcy case, communication has become extremely limited.

Additionally, the Debtor has expressly informed counsel that he no longer wishes to be represented by our firm and instead desires to represent himself in all matters related to his bankruptcy.

Further, the Debtor has advised counsel that he lacks the financial ability to continue paying for legal representation.

Finally, irreconcilable disagreements have arisen concerning litigation strategy, legal advice, and the handling of this case. The Debtor has consistently rejected counsel's legal advice, creating a conflict that has made continued representation unreasonably difficult and

MOTION FOR ORDER PERMITTING SUBSTITUTION OF
ATTORNEY AND AUTHORIZING DEBTOR TO PROCEED
IN PRO PER- 2

KHACH LAW GROUP, PC
126 S Jackson St. Suite 203
Glendale, CA 91205
Tel: (818) 243.8500
Fax: (866) 577.6740

has impaired counsel's ability to effectively advocate on the Debtor's behalf.

Under these circumstances, permitting withdrawal is appropriate and serves the interests of justice.

## LEGAL STANDARD

Local Bankruptcy Rule 2091-1 governs withdrawal of attorneys appearing before this Court. Federal courts possess inherent authority to supervise attorneys practicing before them and may permit withdrawal where good cause exists and withdrawal will not unduly prejudice the administration of the case. Good cause commonly exists where: the client discharges the attorney; the client refuses to cooperate; communication has broken down; irreconcilable differences exist regarding the objectives or strategy of the representation; the client refuses to follow counsel's legal advice; continued representation would create an unreasonable financial burden because the client cannot pay agreed fees.

## GOOD CAUSE EXISTS

### A. Debtor Has Terminated Counsel

The Debtor has unequivocally communicated that he no longer desires to be represented by undersigned counsel. An attorney should not be compelled to continue representation after the client has terminated the attorney-client relationship.

### B. Communication Has Become Extremely Limited

The Debtor's incarceration substantially restricts counsel's ability to communicate regarding deadlines, pleadings, settlement discussions, litigation strategy, and other matters requiring timely consultation.

Despite counsel's efforts, meaningful communication has become increasingly difficult.

### C. Debtor Cannot Afford Continued Representation

MOTION FOR ORDER PERMITTING SUBSTITUTION OF
ATTORNEY AND AUTHORIZING DEBTOR TO PROCEED
IN PRO PER- 3

KHACH LAW GROUP, PC
126 S Jackson St. Suite 203
Glendale, CA 91205
Tel: (818) 243.8500
Fax: (866) 577.6740

The Debtor has advised counsel that he lacks the financial resources necessary to continue retaining counsel. Counsel has attempted to continue representation despite the financial hardship but is no longer able to do so.

**D. Irreconcilable Differences Prevent Effective Representation**

Significant disagreements have developed concerning legal strategy and counsel's professional recommendations. The Debtor has repeatedly rejected counsel's legal advice and insists upon pursuing litigation strategies with which counsel fundamentally disagrees.

These disagreements have created an irreparable breakdown in the attorney-client relationship. Effective advocacy requires trust and cooperation between attorney and client - that relationship no longer exists.

**E. Withdrawal Will Not Unduly Prejudice the Estate**

The Debtor has elected to proceed without counsel. Withdrawal will not delay the administration of the case beyond what is reasonably necessary to permit the substitution.

Counsel will cooperate in transferring the file and taking reasonable steps necessary to protect the Debtor's interests consistent with California Rule of Professional Conduct 1.16(e).

**CONCLUSION**

For the foregoing reasons, counsel respectfully requests that the Court:

1. Permit undersigned counsel to withdraw as attorney of record;

2. Permit the Debtor to proceed in propria persona;

3. Direct that all future notices and pleadings be served directly upon the Debtor at:

**Federal Correctional Institution Camp, 4001 Leopard Drive, Texarkana, TX 75501, Register Number 86590509.**

MOTION FOR ORDER PERMITTING SUBSTITUTION OF
ATTORNEY AND AUTHORIZING DEBTOR TO PROCEED
IN PRO PER- 4

KHACH LAW GROUP, PC
126 S Jackson St. Suite 203
Glendale, CA 91205
Tel: (818) 243.8500
Fax: (866) 577.6740

4.  Grant such further relief as the Court deems proper.

Dated: August 10, 2026                          Khach Law Group, PC

_____
Anita Khachikyan, Attorney for Debtor

KHACH LAW GROUP, PC
126 S Jackson St. Suite 203
Glendale, CA 91205
Tel: (818) 243.8500
Fax: (866) 577.6740

## DECLARATION OF COUNSEL

I, Anita Khachikyan, declare:

1. I am counsel of record for the Debtor.

2. The Debtor is presently incarcerated.

3. Because of the Debtor's incarceration, communication has become significantly limited despite reasonable efforts by counsel.

4. The Debtor has informed me that he no longer wishes to be represented by me.

5. The Debtor has advised me that he is unable to continue paying attorney's fees.

6. Irreconcilable disagreements have arisen regarding legal strategy and counsel's advice.

7. The breakdown in the attorney-client relationship has made continued representation unreasonably difficult.

8. I believe withdrawal may be accomplished without material prejudice to the administration of this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 10, 2026



_____

Anita Khachikyan

MOTION FOR ORDER PERMITTING SUBSTITUTION OF
ATTORNEY AND AUTHORIZING DEBTOR TO PROCEED
IN PRO PER- 6

KHACH LAW GROUP, PC
126 S Jackson St. Suite 203
Glendale, CA 91205
Tel: (818) 243.8500
Fax: (866) 577.6740

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Anita Khachikyan, SBN 271204<br>Khach Law Group, PC<br>126 S Jackson St. Suite 203<br>Glendale, CA 91205<br>Tel 818-243-8500<br>Fax. 866-577-6740<br>ak@khachlaw.com<br><br><br><br><br>*Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br> Hovhannes Nazaryan<br><br><br><br>Debtor(s). | CASE NO.:  1:25-bk-10617 MB<br><br>ADVERSARY NO.:<br>(*if applicable*)<br><br>CHAPTER: 7 |
|---|---|
| <br><br>Plaintiff(s),<br>vs.<br><br><br><br><br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1.   The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
     Hovhannes Nazaryan and Khach Law Group, PC


2.   The name, address, telephone number, and email address of the new attorney are *(specify)*:
     Hovhannes Nazaryan, Federal Correctional Institution Camp, 4001 Leopard Drive, Texarkana, TX 75501, Register Number 86590509.


3.   New attorney hereby appears in the following matters:   ☒ the bankruptcy case ☐ the adversary proceeding

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Hovhannes Nazaryan, Federal Correctional Institution Camp, 4001 Leopard Drive, Texarkana, TX 75501, Register Number 86590509.

Date:  07/30/2026

_____
Signature of party

 Hovhannes Nazaryan
_____
Printed name of party

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *second* party (if applicable)

 Anita Khachikyan
_____
Printed name of *second* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date:  08/10/2026

_____
Signature of present attorney

 Anita Khachikyan
_____
Printed name of present attorney

I am duly admitted to practice in this district.  The above substitution is accepted.

Date:  08/10/2026

_____
Signature of new attorney

 Hovhannes Nazaryan
_____
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
126 S Jackson St. Suite 203, Glendale, CA 91205


A true and correct copy of the foregoing document entitled: **SUBSTITUTION OF ATTORNEY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/10/2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

Sanaz Sarah Bereliani on behalf of Plaintiff MEHRAN JAVAHERIAN
berelianilaw@gmail.com, chris@berelianilaw.com;r48595@notify.bestcase.com

Nancy J Zamora (TR)
zamora3@aol.com, nzamora@ecf.axosfs.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____ , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/10/2026 | Anita Khachikyan | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.