Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Anita Khachikyan, SBN 271204
Khach Law Group, PC
126 S Jackson St. Suite 203,
Glendale, CA 91205
Tel 818-243-8500
Fax 866-577-6740
ak@khachlaw.com

☐ *Individual appearing without attorney*
☒ *Attorney for:* Hovhannes Nazaryan

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

In re:

Hovhannes Nazaryan

Debtor(s).

CASE NO.: 2:25-bk-10617 MB

CHAPTER: 7

## NOTICE OF MOTION FOR:

MOTION FOR ORDER PERMITTING SUBSTITUTION OF ATTORNEY AND AUTHORIZING DEBTOR TO PROCEED IN PRO PER

(***Specify name of Motion***)

DATE: 09/15/2026
TIME: 11:00 am
COURTROOM: 303
PLACE: Availability Of ZoomGov Audio And Video For Remote Appearance

1. TO (*specify name*): Judge Barash, US Trustee, Trustee Zamora and all interested parties

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 08/19/2026

Khach Law Group, PC
Printed name of law firm

Signature

Anita Khachikyan
Printed name of attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
126 S Jackson St. Suite 203, Glendale, CA 91205

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion)*
MOTION FOR ORDER PERMITTING SUBSTITUTION OF ATTORNEY AND AUTHORIZING DEBTOR TO PROCEE
Pro PER
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/19/2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
United States Trustee ustpregion16.wh.ecf@usdoj.gov; Nancy J Zamora zamora3@aol.com, nzamora@ecf.axosfs.co
Brian David Fittipaldi brian.fittipaldi@usdoj.gov; Eryk R Escobar eryk.r.escobar@usdoj.gov; Shannon A Doyle
sdoyle@ghidottiberger.com; Michael G D'Alba mgd@lnbyg.com; Sanaz Sarah Bereliani berelianilaw@gmail.com
Raymond H. Aver ray@averlaw.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) ___________, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/19/2026 | Anita Khachikyan | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |