| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Hoffmeier Zamora (SBN 137326)<br>U.S. Bank Tower<br>633 West 5th Street, Suite 2600<br>Los Angeles, California 90071<br>Telephone: 213-488-9411<br>Facsimile: 213-488-9418<br>e-mail: zamora3@aol.com<br><br>☒ *Movant(s) appearing without an attorney*<br>☐ *Attorney for Movant(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re: | CASE NO.: 1:25-bk-10617-MB<br>CHAPTER: 7 |
|---|---|
| HOVHANNES NAZARYAN, | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION**<br>**LBR 9013-1(o)(3)** |
| Debtor(s). | [No Hearing Required] |

1. I am the ☒ Movant(s) or ☐ attorney for Movant(s) or ☐ employed by attorney for Movant(s).
2. On (*date*): 10/13/2026 Movant(s) filed a motion or application (Motion) entitled: NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY; DECLARATION IN SUPPORT
3. A copy of the Motion and notice of motion is attached to this declaration.
4. On (*date*): 10/13/2026 Movant(s), served a copy of ☒ the notice of motion or ☐ the Motion and notice of motion on required parties using the method(s) identified on the Proof of Service of the notice of motion.
5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).
6. More than 17 days have passed after Movant(s) served the notice of motion.
7. I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.
8. No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

9. Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant(s) requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 11/13/2026

/s/ Nancy Hoffmeier Zamora
Signature

Nancy Hoffmeier Zamora, Chapter 7 Trustee
Printed name

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/13/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov; Eryk R. Escobar, eryk.r.escobar@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.axosfs.com
Counsel for Creditors: Raymond H. Aver ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com, katya@averlaw.com, jesus@averlaw.com; Sanaz Sarah Bereliani, berelianilaw@gmail.com, chris@berelianilaw.com, r48595@notify.bestcase.com; Shannon A. Doyle, sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com; Bruce P. Needleman, attybpn@aol.com; Elan S. Levey, elan.levey@usdoj.gov, julie.morales@usdoj.gov, caseview.ecf@usdoj.gov, usacac.tax@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/13/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S Trustee: Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017
Judge: The Honorable Martin Barash, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Suite 342, Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/13/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/13/2026 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California 90071
(213) 488-9411 FAX: (213) 488-9418
e-mail: zamora3@aol.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>HOVHANNES NAZARYAN,<br><br>Debtor. | Case No. 1:25-bk-10617-MB<br><br>Chapter 7<br><br>NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY; DECLARATION IN SUPPORT<br><br>[No Hearing Required]<br><br>[11 U.S.C. §554(a); F.R.B.P. 6007; and Local Rule 6007-1(a)] |

TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, ALL CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that pursuant to Section 554(a) of the United States Bankruptcy Code [11 U.S.C. §554(a)], the undersigned, duly appointed chapter 7 trustee ("Trustee") of the bankruptcy estate (the "Estate") in the above-captioned chapter 7 bankruptcy case (the "Case") of debtor Hovhannes Nazaryan ("Debtor"), intends to, and will abandon the following described property as burdensome and of inconsequential value to the Estate, unless, within fourteen (14) days from the date of service of this notice (the "Notice"), a creditor or other interested party files a written Objection and Request for Hearing with the Clerk of the United States Bankruptcy

Court, 21041 Burbank Boulevard, Woodland Hills, California 93167, and serves a copy of such request on Trustee.

Trustee intends to abandon the Estate's interest in any and all claims and related litigation rights (collectively, the "Property") that Debtor failed to disclose in his bankruptcy schedules but that are the subject of Debtor's complaint in adversary proceeding no. 1:26-ap-01061-MB (the "Complaint").

Trustee administered assets in the Case. On May 12, 2026, "Chapter 7 Trustee's Final Account and Distribution Report Certification that the Estate Has Been Fully Administered and Application to be Discharged (TDR)" (the "TDR") was filed with the Court [dkt. no. 144]. The TDR contains a summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration. In the TDR, Trustee requested to be discharged from further duties as a trustee.

However, because there are pending adversary proceedings related to the Case, the Case remains open. Additionally, pursuant to the United States Bankruptcy Code, any undisclosed assets are not abandoned by the TDR and remain property of the Estate.

Trustee reviewed the claims alleged in the Complaint. To the extent that any of these claims are property of the Estate that Debtor failed to disclose in his schedules, Trustee determined, in her business judgment, that they are of little or no value to the Estate. Trustee has determined that any value obtained from the Property would require an outlay of funds in excess of said value. Trustee also reviewed the general release provision included in the stipulation filed in the Case as dkt. no. 92 and the Court's order

approving such stipulation [dkt. no. 94] and concludes that the litigation claims, identified as Property above, are released as to the parties named in such stipulation. As a result, Trustee determined that the Property is burdensome and of inconsequential value to the Estate. Therefore, Trustee hereby gives notice of her intention to abandon the Property. Trustee believes, in her business judgment, that the proposed abandonment is in the best interest of the Estate and its creditors.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6007-1(a)(2) of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Central District of California ("LBR"), Trustee intends to request an order from the Court that does all of the following:

1. Determines the Property is of inconsequential value and benefit to the Estate;
2. Authorizes Trustee to abandon the Property; and
3. Determines adequate notice of Trustee's intention to abandon the Property was given.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 6007-1(a)(1), unless an objection or request for hearing are served upon Trustee and filed with the Court, not later than 14 days from the date of mailing of this Notice, Trustee will be deemed to have abandoned any interest in the Property described herein.

DATED: October 12, 2026

/s/ Nancy Hoffmeier Zamora
Nancy Hoffmeier Zamora
Chapter 7 Trustee

**DECLARATION OF NANCY HOFFMEIER ZAMORA**

I, Nancy Hoffmeier Zamora, declare:

1. I am an attorney at law, duly qualified to practice before all courts of the State of California and before the United States Bankruptcy Court for the Central District of California. I am the Chapter 7 Trustee ("Trustee") for the bankruptcy estate (the "Estate") of debtor Hovhannes Nazaryan ("Debtor"). If called upon as a witness I could and would competently testify to the matters stated herein. I am over the age of 18 years.

2. All capitalized terms used in this declaration have the meanings ascribed to them in the foregoing Notice of Trustee's Intent to Abandon Property (the "Notice") unless otherwise defined herein.

3. The Property that is the subject of the Notice includes the Estate's interest in any and all claims and related litigation rights that Debtor failed to disclose in his bankruptcy schedules but that are the subject of the Complaint.

4. I administered assets in the Case. On May 12, 2026, the TDR was filed with the Court [dkt. no. 144]. The TDR contains a summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration. In the TDR, I requested to be discharged from further duties as a trustee.

5. Because there are pending adversary proceedings related to the Case, the Case remains open. Pursuant to the United States Bankruptcy Code, any undisclosed assets are not abandoned by the TDR and remain property of the Estate.

6. I reviewed the claims alleged in the Complaint. To the

extent that any of these claims are property of the Estate that Debtor failed to disclose in his schedules, I determined, in my business judgment, that they are of little or no value to the Estate. I determined that any value obtained from the Property would require an outlay of funds in excess of said value. I also reviewed the general release provision included in the stipulation filed in the Case as dkt. no. 92 and the Court's order approving such stipulation [dkt. no. 94] and concluded that the litigation claims, identified as Property in the Notice, are released as to the parties named in such stipulation. As a result, I determined that the Property is burdensome and of inconsequential value to the Estate. By the Notice, I give notice of my intention to abandon the Property. I believe, in my business judgment, that the proposed abandonment is in the best interest of the Estate and its creditors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of October, 2026, at Los Angeles, California.

NANCY HOFFMEIER ZAMORA

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*):

**NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY; DECLARATION IN SUPPORT**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 13, 2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee: United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov; Eryk R. Escobar, eryk.r.escobar@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.axosfs.com
Counsel for Creditors: Raymond H. Aver ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com, katya@averlaw.com, jesus@averlaw.com; Sanaz Sarah Bereliani, berelianilaw@gmail.com, chris@berelianilaw.com, r48595@notify.bestcase.com; Shannon A. Doyle, sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com; Bruce P. Needleman, attybpn@aol.com; Elan S. Levey, elan.levey@usdoj.gov, julie.morales@usdoj.gov, caseview.ecf@usdoj.gov, usacac.tax@usdoj.gov
Counsel for Defendant Vanecian: Michael G. D'Alba, mgd@lnbyg.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On October 13, 2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Hovhannes Nazaryan, Federal Correctional Institution Camp, 4001 Leopard Drive, Texarkana, TX 75501, Register Number 86590509
U.S Trustee: Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 13, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 13, 2026 | Cynthia Casas | /s/ Cynthia Casas |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Additional Service List for Notice

Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108

Affirm, Inc.
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Ally Financial, Inc
Attn: Bankruptcy
P.O. Box 380901
Bloomington, IL 55438

Amwest Funding Corp.
6 Pointe Drive, Suite 300
Brea, CA 92821

AT&T Universal Citi Card
Attn: Bankruptcy
P.O. Box 6500
Sioux Falls, SD 57117

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Attn: Bankruptcy
Nc4-105-03-14 Pob 26012
Greensboro, NC 27410

Barclays Bank Delaware
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130

Chase Auto Finance
Attn: Bankruptcy
700 Kansas Lane La
Monroe, LA 71203

Chase Card Services
Attn: Bankruptcy
P.O. Box 15298
Wilmington, DE 19850

Comenity Bank/Z Gallerie
Attn: Bankruptcy
P.O. Box 182125
Columbus, OH 43218

Comenitybank/trwrdsv
Attn: Bankruptcy
P.O. Box 182125
Columbus, OH 43218

Discover Financial
Attn: Bankruptcy
P.O. Box 3025
New Albany, OH 43054

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
P.O. BOX 2952
SACRAMENTO CA 95812-2952

Goldman Sachs Bank USA
Attn: Bankruptcy
PO. Box 70379
Philadelphia, PA 19176

Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001

Kia Motors Finance
Attn: Bankruptcy
P.O. Box 20825
Fountain Valley, CA 92728

Logix Federal Credit Union
Attn: Bankruptcy
2340 N Hollywood Way
Burbank, CA 91505

Mehran Javaherian
c/o Peak Foreclosure Services
5900 Canoga Ave, Suite 420
Woodland Hills, CA 91367

Mehran Javaherian
c/o Law Offices Of Raymond H. Aver
A Professional Corporation
11849 West Olympic Boulevard, Suite
Los Angeles, California 90064

Mercedes - Benz Financial Services
Attn: Bankruptcy
P.O. Box 685
Roanoke, TX 76262

NAVY FCU
Attn: Bankruptcy
P.O. Box 3000
Merrifield, VA 22119

Pentagon Federal Credit Union
Attn: Bankruptcy
2930 Eisenhower Avenue
Alexandria, VA 22314

Perla Kempenaar
845 Encino Way
Monrovia, CA 91016

SoCalGas
P.O. Box 30337
Los Angeles, CA 90030

SoFi
Attn: Bankruptcy
2750 East Cottonwood Pky, Ste 300
Salt Lake City, UT 84121

Sofi Bank, National Association
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Syncb/ebay
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896

US Attorney's Office Asset Forf. & Recovery
attn: AUSA Robert Lester
312 N Spring St 11th Fl
Los Angeles, CA 90012

U.S. Bank N.A. Retail Le
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402

U.S. Bank Cacs
Attn: Bankruptcy
P.O. Box 5229
Cincinnati, OH 45201

Vista Pointe Owners Association
c/o Daniel Medioni
Wolf, Rifkin, Shapiro, Schulman
& Rabkin, LLP
11400 W. Olympic Blvd., 9th Fl.
Los Angeles, CA 90064

Volkswagen Credit, Inc
Attn: Bankruptcy
2200 Woodland Pointe Ave
Herndon, VA 20171

Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus Mac X2303-01a 3rd Floor
Des Moines, IA 50328

Wells Fargo Bank, N.A.
435 Ford Road, Suite 300
St Louis Park, MN 55426-1063