| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nancy Hoffmeier Zamora (State Bar No. 137326)<br>Chapter 7 Trustee<br>U.S. Bank Tower<br>633 West 5th Street, Suite 2600<br>Los Angeles, CA 90071<br>Tel. 213-488-9411; Fax 213-488-9418<br>e-mail: zamora3@aol.com<br><br>☒ Individual *appearing without an attorney*<br>☐ *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re: | CASE NO.: 1:25-bk-10617-MB<br>CHAPTER: 7 |
|---|---|
| HOVHANNES NAZARYAN,<br><br>Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY; DECLARATION IN SUPPORT |

PLEASE TAKE NOTE that the order titled ORDER APPROVING ABANDONMENT OF PROPERTY

was lodged on (*date*) 11/13/2026 and is attached. This order relates to the motion which is docket number 161.

[1] Please abbreviate if title cannot fit into text field.

# EXHIBIT A
# Proposed Order

NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California 90071
(213) 488-9411 FAX: (213) 488-9418
e-mail: zamora3@aol.com

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>HOVHANNES NAZARYAN,<br><br>Debtor. | Case No. 1:25-bk-10617-MB<br><br>Chapter 7<br><br>ORDER APPROVING ABANDONMENT OF PROPERTY<br><br>[11 U.S.C. §554(a); F.R.B.P. 6007 and Local Rule. 6007-1(a)]<br><br>[docket entry no. 161]<br><br>[No hearing required] |

On October 13, 2026, Nancy Hoffmeier Zamora, Chapter 7 Trustee (“Trustee”) for the bankruptcy estate (the “Estate”) of debtor Hovhannes Nazaryan (“Debtor”), filed and served that certain Notice of Trustee’s Intent to Abandon Property [dkt. 161] (the “Abandonment Notice”), providing notice of Trustee’s intent to abandon to Debtor the Estate’s interest in any and all claims and related litigation rights (collectively, the “Property”) that Debtor failed to disclose in his bankruptcy schedules but that are the subject of Debtor’s complaint in adversary proceeding no. 1:26-ap-01061-MB. The Court, having considered the Abandonment Notice and the Declaration of Nancy Hoffmeier Zamora in support thereof, no opposition having been filed, and good cause appearing,

. . . . .

. . . . .

. . . . .

**HEREBY ORDERS** that Trustee's abandonment of the Property pursuant to 11 U.S.C. §554(a) as of inconsequential value and benefit to the Estate is authorized and approved; and adequate notice of the Abandonment Notice was given.

# # # # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

U.S. Bank Tower, 633 West 5th Street, Suite 2600, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/13/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below: United States Trustee: United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov; Eryk R. Escobar, eryk.r.escobar@usdoj.gov, Brian David Fittipaldi, Fittipaldi brian.fittipaldi@usdoj.gov
Trustee: Nancy Zamora, zamora3@aol.com, nzamora@ecf.axosfs.com
Debtor's Counsel: Anita Khachikyan, ak@khachlaw.com
Counsel for Creditors: Raymond H. Ayer ray@ayerlaw.com, ayerlawfirm@gmail.com;ani@ayerlaw.com, katya@ayerlaw.com, jesus@ayerla
Sanaz Sarah Bereliani, berelianilaw@gmail.com, chris@berelianilaw.com, r48595@notify.bestcase.com; Shannon A. Doyle, sdoyle@ghidottiberger.com, bknotifications@ghidottiberger.com; Bruce P. Needleman, attybpn@aol.com; Elan S. Levey, elan.levey@usdoj.gov, julie.morales@usdoj.gov, caseview.ecf@usdoj.gov, usacac.tax@usdoj.gov Counsel for Defendant Vanecian: Michael G. D'Alba, mgd@lnbyg.com

☐ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**: On (*date*) 11/13/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Hovhannes Nazaryan, Federal Correctional Institution Camp, 4001 Leopard Drive, Texarkana, TX 75501, Register Number 86590509; Hovhannes Nazaryan c/o Orion RRC Behavioral Systems Southwest 8141 Orion Ave Van Nuys, CA 91406

U.S Trustee: Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017

Judge: The Honorable Martin Barash, U.S. Bankruptcy Court, 21041 Burbank Boulevard, Suite 342, Woodland Hills, CA 91367

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/13/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/13/2026 | Cynthia Casas | /s/ Cynthia Casas |
| *Date* | *Printed Name* | *Signature* |