NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California 90071
(213) 488-9411 FAX: (213) 488-9418
e-mail: zamora3@aol.com

Chapter 7 Trustee

FILED & ENTERED

NOV 13 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>HOVHANNES NAZARYAN,<br><br>Debtor. | Case No. 1:25-bk-10617-MB<br><br>Chapter 7<br><br>ORDER APPROVING ABANDONMENT OF PROPERTY<br><br>[11 U.S.C. §554(a); F.R.B.P. 6007 and Local Rule. 6007-1(a)]<br><br>[docket entry no. 161]<br><br>[No hearing required] |

On October 13, 2026, Nancy Hoffmeier Zamora, Chapter 7 Trustee ("Trustee") for the bankruptcy estate (the "Estate") of debtor Hovhannes Nazaryan ("Debtor"), filed and served that certain Notice of Trustee's Intent to Abandon Property [dkt. 161] (the "Abandonment Notice"), providing notice of Trustee's intent to abandon to Debtor the Estate's interest in any and all claims and related litigation rights (collectively, the "Property") that Debtor failed to disclose in his bankruptcy schedules but that are the subject of Debtor's complaint in adversary proceeding no. 1:26-ap-01061-MB. The Court, having considered the Abandonment Notice and the Declaration of Nancy Hoffmeier Zamora in support thereof, no opposition having been filed, and good cause appearing,

**HEREBY ORDERS** that Trustee's abandonment of the Property pursuant to 11 U.S.C. §554(a) as of inconsequential value and benefit to the Estate is authorized and approved; and adequate notice of the Abandonment Notice was given.

# # # # #

Date: November 13, 2026

Martin R Barash
United States Bankruptcy Judge