United States Bankruptcy Court

Central District of California

In re: Case No. 25-10617-MB
Hovhannes Nazaryan Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1 User: admin Page 1 of 2
Date Rcvd: Nov 13, 2026 Form ID: pdf042 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hovhannes Nazaryan, 24366 La Masina Court, Calabasas, CA 91302-1402 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian David Fittipaldi | on behalf of Plaintiff United States Trustee (SV) brian.fittipaldi@usdoj.gov |
| Bruce P. Needleman | on behalf of Creditor Los Angeles Police Federal Credit Union attybpn@aol.com |
| Elan S Levey | on behalf of Creditor United States Of America elan.levey@usdoj.gov usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov |
| Eryk R Escobar | on behalf of U.S. Trustee United States Trustee (SV) eescobar@omlolaw.com |
| Michael G D'Alba | on behalf of Interested Party Andrei Vanecian mgd@lnbyg.com |
| Michael G D'Alba | |

| | |
|---|---|
| | on behalf of Defendant Andrei Vanecian mgd@lnbyg.com |
| Nancy J Zamora (TR) | zamora3@aol.com nzamora@ecf.axosfs.com |
| Raymond H. Aver | on behalf of Interested Party Courtesy NEF ray@averlaw.com averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com |
| Raymond H. Aver | on behalf of Creditor Mehran Javaherian ray@averlaw.com averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com;jesus@averlaw.com |
| Sanaz Sarah Bereliani | on behalf of Interested Party Courtesy NEF berelianilaw@gmail.com chris@berelianilaw.com;r48595@notify.bestcase.com |
| Sanaz Sarah Bereliani | on behalf of Plaintiff Mehran Javaherian berelianilaw@gmail.com chris@berelianilaw.com;r48595@notify.bestcase.com |
| Sanaz Sarah Bereliani | on behalf of Defendant Mehran Javaherian berelianilaw@gmail.com chris@berelianilaw.com;r48595@notify.bestcase.com |
| Sanaz Sarah Bereliani | on behalf of Defendant Benjamin Javaherian berelianilaw@gmail.com chris@berelianilaw.com;r48595@notify.bestcase.com |
| Shannon A Doyle | on behalf of Interested Party Courtesy NEF sdoyle@ghidottiberger.com bknotifications@ghidottiberger.com |
| Shannon A Doyle | on behalf of Creditor AmWest Funding Corporation sdoyle@ghidottiberger.com bknotifications@ghidottiberger.com |
| United States Trustee (SV) | ustpregion16.wh.ecf@usdoj.gov |

TOTAL: 16

NANCY HOFFMEIER ZAMORA (State Bar No. 137326)
U.S. Bank Tower
633 West 5th Street, Suite 2600
Los Angeles, California 90071
(213) 488-9411 FAX: (213) 488-9418
e-mail: zamora3@aol.com

Chapter 7 Trustee

FILED & ENTERED

NOV 13 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>HOVHANNES NAZARYAN,<br><br>Debtor. | Case No. 1:25-bk-10617-MB<br><br>Chapter 7<br><br>ORDER APPROVING ABANDONMENT OF PROPERTY<br><br>[11 U.S.C. §554(a); F.R.B.P. 6007 and Local Rule. 6007-1(a)]<br><br>[docket entry no. 161]<br><br>[No hearing required] |

On October 13, 2026, Nancy Hoffmeier Zamora, Chapter 7 Trustee ("Trustee") for the bankruptcy estate (the "Estate") of debtor Hovhannes Nazaryan ("Debtor"), filed and served that certain Notice of Trustee's Intent to Abandon Property [dkt. 161] (the "Abandonment Notice"), providing notice of Trustee's intent to abandon to Debtor the Estate's interest in any and all claims and related litigation rights (collectively, the "Property") that Debtor failed to disclose in his bankruptcy schedules but that are the subject of Debtor's complaint in adversary proceeding no. 1:26-ap-01061-MB. The Court, having considered the Abandonment Notice and the Declaration of Nancy Hoffmeier Zamora in support thereof, no opposition having been filed, and good cause appearing,

**HEREBY ORDERS** that Trustee's abandonment of the Property pursuant to 11 U.S.C. §554(a) as of inconsequential value and benefit to the Estate is authorized and approved; and adequate notice of the Abandonment Notice was given.

# # # # #

Date: November 13, 2026

Martin R Barash
United States Bankruptcy Judge